AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

HARTFORD FIRE INSURANCE COMPANY, a Connecticut State Corporation
v.
RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC., an Illinois corporation, BRIAN TAYLOR, an Illinois citizen, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois citizen, JEAN A. TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen and RONALD R. RICHTER, a Missouri citizen

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
HARTFORD FIRE INSURANCE COMPANY

I certify that I am admitted to practice in this court.

| Date | /s/T. Scott Leo |
| | Signature |

| T. Scott Leo | 03127352 |
| Print Name | Bar Number |

One N. LaSalle Street, Ste. 3600
Address

| Chicago | IL | 60602 |
| City | State | Zip Code |

| (312) 857-0910 | (312) 857-1240 |
| Phone Number | Fax Number |