AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

HARTFORD FIRE INSURANCE COMPANY, a
Connecticut State Corporation

**SUMMONS IN A CIVIL ACTION**

V.

RICHTER-TAYLOR CONSTRUCTION
SPECIALISTS, INC. an Illinois Corporation,
BRIAN TAYLOR, an Illinois citizen,
BELINDA RICHMOND TAYLOR,
an Illinois citizen, BRAD TAYLOR,
an Illinois citizen, JEAN A
TAYLOR, an Illinois citizen, LINDA
L. RICHTER, a Missouri citizen,
and RONALD R. RICHTER, a
Missouri citizen

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Richter-Taylor Construction
R/A: Belinda Taylor
611 E. Evergreen Court
Urbana, IL 61801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                    2-16-07
CLERK                                                DATE

s/S. Johnson
(BY) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

HARTFORD FIRE INSURANCE COMPANY, a
Connecticut State Corporation

**SUMMONS IN A CIVIL ACTION**

V.

RICHTER-TAYLOR CONSTRUCTION
SPECIALISTS, INC. an Illinois Corporation,
BRIAN TAYLOR, an Illinois citizen,
BELINDA RICHMOND TAYLOR,
an Illinois citizen, BRAD TAYLOR,
an Illinois citizen, JEAN A
TAYLOR, an Illinois citizen, LINDA
L. RICHTER, a Missouri citizen,
and RONALD R. RICHTER, a
Missouri citizen

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Brian Taylor
611 E. Evergreen Court
Urbana, IL 61801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                     2-16-07
CLERK                                                DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

HARTFORD FIRE INSURANCE COMPANY, a
Connecticut State Corporation

**SUMMONS IN A CIVIL ACTION**

V.

RICHTER-TAYLOR CONSTRUCTION
SPECIALISTS, INC. an Illinois Corporation,
BRIAN TAYLOR, an Illinois citizen,
BELINDA RICHMOND TAYLOR,
an Illinois citizen, BRAD TAYLOR,
an Illinois citizen, JEAN A
TAYLOR, an Illinois citizen, LINDA
L. RICHTER, a Missouri citizen,
and RONALD R. RICHTER, a
Missouri citizen

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Belinda Richmond Taylor
611 E. Evergreen Court
Urbana, IL 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

2-16-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

HARTFORD FIRE INSURANCE COMPANY, a Connecticut State Corporation

V.

RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC. an Illinois Corporation, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois citizen, JEAN A TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen, and RONALD R. RICHTER, a Missouri citizen

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Jean A. Taylor
35 N. 41st Street
Belleville, IL 62226

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

2-16-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

HARTFORD FIRE INSURANCE COMPANY, a
Connecticut State Corporation

V.

RICHTER-TAYLOR CONSTRUCTION
SPECIALISTS, INC. an Illinois Corporation,
BRIAN TAYLOR, an Illinois citizen,
BELINDA RICHMOND TAYLOR,
an Illinois citizen, BRAD TAYLOR,
an Illinois citizen, JEAN A
TAYLOR, an Illinois citizen, LINDA
L. RICHTER, a Missouri citizen,
and RONALD R. RICHTER, a
Missouri citizen

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07-2038

TO: (Name and address of Defendant)

Brad Taylor
35 N. 41st Street
Belleville, IL 62226

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters    DATE 2-16-07
CLERK

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

HARTFORD FIRE INSURANCE COMPANY, a Connecticut State Corporation

**SUMMONS IN A CIVIL ACTION**

V.

RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC. an Illinois Corporation, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois citizen, JEAN A TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen, and RONALD R. RICHTER, a Missouri citizen

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Linda L. Richter
409 Lemonwood Drive
Saint Peters, MO 63376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                         2-16-07
CLERK                                                    DATE

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

HARTFORD FIRE INSURANCE COMPANY, a Connecticut State Corporation

V.

RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC. an Illinois Corporation, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois citizen, JEAN A TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen, and RONALD R. RICHTER, a Missouri citizen

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2038

TO: (Name and address of Defendant)

Ronald R. Richter
409 Lemonwood Drive
Saint Peters, MO 63376

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Ste. 3600
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

2-16-07
DATE

s/S. Johnson
(BY) DEPUTY CLERK