IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 07-2038 |
| vs. | ) ) |
| RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC., an Illinois Corporation, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois Citizen, JEAN A. TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen, and RONALD R. RICHTER, a Missouri citizen, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE AND JURY DEMAND**

*COMES NOW* the Defendants, Richter-Taylor Construction Specialists, Inc., Brian Taylor, Belinda Richmond Taylor, Brad Taylor, Jean A. Taylor, Linda L. Richter and Ronald R. Richter, by and through their attorney, James Richard Myers of LeFevre Oldfield Myers Apke & Payne Law Group Ltd., attorney, and hereby enters his appearance in the above-captioned cause on behalf of all named Defendants.

Pursuant to CDIL-LR 83.5 (G), the undersigned is a member in good standing of the Bar of this Court.

**DEFENDANTS DEMAND A TRIAL BY JURY
ON ALL COUNTS OF THE COMPLAINT**

      /s/ James Richard Myers  
James Richard Myers  
Attorney for the Defendants

James Richard Myers  
Attorney for Defendants  
LeFevre Oldfield Myers Apke & Payne Law Group, Ltd.  
303 S. Seventh St., P.O. Box 399  
Vandalia, IL 62471  
Telephone: (618) 283-3034  
Fax: (618) 283-3037  
File #11161/7901

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Motion was served upon the parties of record through the CM/ECF system.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

      /s/ James Richard Myers  
James Richard Myers