IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 07-2038 |
| vs. | ) ) |
| RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC., an Illinois Corporation, BRIAN TAYLOR, an Illinois citizen, BELINDA RICHMOND TAYLOR, an Illinois citizen, BRAD TAYLOR, an Illinois citizen, JEAN A. TAYLOR, an Illinois citizen, LINDA L. RICHTER, a Missouri citizen, and RONALD R. RICHTER, a Missouri citizen, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO TRANSFER VENUE
(IMPROPER VENUE)**

*COMES NOW* the Defendants, Richter-Taylor Construction Specialists, Inc., Brian Taylor, Belinda Richmond Taylor, Brad Taylor, Jean A. Taylor, Linda L. Richter and Ronald R. Richter, by and through their attorney, James Richard Myers of LeFevre Oldfield Myers Apke & Payne Law Group Ltd., and for and in support of this motion state:

1. This motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(3).

2. The Complaint alleges that venue is proper in this Court under and by virtue of 28 U.S.C. § 1391(a)(1), which provides in relevant part:

> A civil action wherein jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State.

3. By its terms, 28 U.S.C. § 1391(a)(1) applies only where all Defendants reside in the same State.

4. As alleged in the Complaint, the Defendants in this case do not all reside in the same state, with several residing in Illinois and several residing in Missoui.

5. Accordingly, venue is not proper in this judicial district under 28 U.S.C. § 1391(a)(1).

6. As alleged in the Complaint, the project out of which a substantial part of the events or omissions occurred was located in Neoga, Cumberland County, Illinois, which is located within the territorial limits of the United States District Court for the Southern District of Illinois, Benton Division.

7. Venue in this case would be proper in the United States District Court for the Southern District of Illinois, Benton Division under and by virtue of 28 U.S.C. § 1391(a)(2), which provides in relevant part:

> A civil action wherein jurisdiction is founded only on diversity of citizenship may, except as otherwise provided by law, be brought only in (2) A judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

WHEREFORE, the Defendants pray that this Court enter an Order transferring this matter to the United States District Court for the Southern District of Illinois, Benton Division, and for any other such and further relief as the Court deems just and proper.

          RICHTER-TAYLOR CONSTRUCTION
          SPECIALISTS, INC.,
          BRIAN TAYLOR,
          BELINDA RICHMOND TAYLOR,
          BRAD TAYLOR,
          JEAN A. TAYLOR,
          LINDA L. RICHTER and
          RONALD R. RICHTER.

          By:  /s/ James Richard Myers
          James Richard Myers, their attorney

James Richard Myers
Attorney for Defendants
LeFevre Oldfield Myers Apke & Payne Law Group, Ltd.
303 S. Seventh St., P.O. Box 399
Vandalia, IL 62471
Telephone: (618) 283-3034
Fax: (618) 283-3037
File #11161/7901

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion was served upon the parties of record through the CM/ECF system.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

            /s/ James Richard Myers
           James Richard Myers