IN THE UNITED STATES DISTRICT COURT'
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE<br>COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHTER-TAYLOR CONSTRUCTION<br>SPECIALISTS, INC., an Illinois Corporation,<br>BRIAN TAYLOR, an Illinois Citizen,<br>BELINDA RICHMOND TAYLOR, an Illinois<br>Citizen, BRAD TAYLOR, an Illinois Citizen,<br>JEAN A. TAYLOR, an Illinois Citizen,<br>LINDA L. RICHTER, a Missouri Citizen,<br>and RONALD R.RICTHER, a Missouri Citizen,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07-2038 |

### HARTFORD FIRE INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ADDITIONAL JURISDICTIONAL STATEMENT

Hartford Fire Insurance Company ("Hartford"), through the undersigned attorneys, sets

forth the following as its response to Defendants' Motion to Dismiss for Lack of Subject Matter

Jurisdiction (the "Motion") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and

its supplement to the jurisdictional statement set forth in the Complaint:

1.    Defendants contend that the caption of the performance bond issued by Hartford

on behalf of Defendant Richter-Taylor Construction Specialist, Inc. ("Richter-Taylor") in favor

of the Board of Education of Neoga Community Unit School District ("Neoga"), which secured

performance by Richter-Taylor of its contract with Neoga, evidences, contrary to the allegations

of Hartford's Complaint, that Hartford is a citizen of the state of Illinois for determining diversity

of citizenship.  The surety is listed on the first page of the bond as follows:

**SURETY (Name and Principal Place of Business)**
Hartford Fire Insurance Company
4845 Meridian Parkway
Aurora, IL 60504

2.     The copy of the performance bond provided by Defendants as evidence of

Hartford's Illinois citizenship is incomplete and did not include the power of attorney that

authorized the signer of the bond, Ronald B. Gengler, to sign this bond on behalf of Hartford.

The power of attorney plainly sets forth the principal place of business of Hartford and its state of

incorporation. The power of attorney states in part:

> KNOW ALL PERSONS BY THESE PRESENTS THAT the Hartford Fire
> Insurance Company, Hartford Accident and Indemnity Company and Hartford
> Underwriters Insurance Company, corporations duly organized under the laws of the
> State of Connecticut................having their home office in Hartford, Connecticut...."

A copy of the performance bond with the power of attorney is Exhibit A of this Response.

3.     Hartford's principal place of business and state of incorporation is also found in

the public records in the Department of Treasury's Listing of Approved Sureties, Department

Circular 570, attached as Exhibit B of this Response, at pages 15 and 16 of this Circular Hartford

Fire Insurance Company is listed as follows: "BUSINESS ADDRESS: Hartford Plaza, Hart CT

06115" and "INCORPORATED IN: Connecticut."

4.     The full documents describing Hartford and its public listings confirm that the

jurisdictional statement in the Complaint correctly states Hartford is a citizen of Connecticut.

5.     Although a court may look beyond the allegations of well pleaded subject matter

jurisdiction when there is evidence that places in question subject matter jurisdiction, the

Defendants have offered no such evidence, as the full copy of the bond show clearly Hartford is a

2

citizen of Connecticut and that jurisdiction was properly plead in the Complaint. The mere fact

that there is a Hartford office in the state of Illinois does not make it a citizen of that state.

*Firstar Bank N.A. v. Faul*, 253 F.3d 982 (7th Cir. 2001); *CCC Information Services, Inc. v.*

*American Salvage Pool Assoc.,* 230 F.3d 342 (7th Cir. 2000).

6.    The Defendants' Motion is frivolous and deceptive, the allegations in the Motion

being based on an incomplete copy of a performance bond that listed a business address on the

front, which plainly showed Hartford is a Connecticut citizen in the power of attorney which

Defendants failed to attach to their Motion, and which Motion was filed without Defendants

researching the readily accessible public records showing Hartford is a citizen of Connecticut.

WHEREFORE, Hartford Fire Insurance Company prays the Court deny the Motion and

grant such further relief as it finds appropriate.


**HARTFORD FIRE INSURANCE COMPANY**


By:___  s/  T. Scott Leo
One of its Attorneys


T. Scott Leo (ARDC# 03127352)
Michele Killebrew (ARDC# 6289931)
Leo & Weber, P.C.
One North LaSalle Street, Suite 3600
Chicago, IL 60602
Tel. 312/857-0910
Fax. 312 857-1240
sloe@leoweber.com


3

3:07-cv-03038-MPM-DGB #7 Page 1 of 4
*HARTFORD BOND*
(Richter-Taylor.)
@006/011
E-FILED
Tuesday, 13 March, 2007 02:09:34 PM
Clerk, U.S. District Court, ILCD

# Performance Bond

83BCSAQ533
In Duplicate

CONTRACTOR (Name and Address):

Richter-Taylor Construction
Specialist, Inc.
111 W. Birch
Brownstown, IL 62418

SURETY (Name and Principal Place of Business):

Hartford Fire Insurance Company
4145 Meridian Parkway
Aurora, IL 60504

OWNER (Name and Address):

The Board of Education of Neoga Community Unit School District
East 7th Street
Neoga, IL 62447

CONSTRUCTION CONTRACT

Date: September 23rd, 2000

Amount: $5,177,000.00

Description (Name and Location):

A New School Building for Neoga C.U.S.D No. 3; WHG Project No. 98027 NEO

BOND

Date (Not earlier than Construction Contract Date): March 2nd, 2001

Amount: $5,177,000.00

Modifications to this Bond:

☒ None                                  ☐ See Page 3

CONTRACTOR AS PRINCIPAL

Company:                    (Corporate Seal)
Richter-Taylor Construction
Specialist, Inc.

Signature: _____

Name and Title:

SURETY

Company:                    (Corporate Seal)
Hartford Fire Insurance Company

Signature: _____

Name and Title:   Ronald B. Gengler,
Attorney-In-Fact

(Any additional signatures appear on page 3)

(FOR INFORMATION ONLY - Name, Address and Telephone)

AGENT or BROKER:

Construction Bond Services, L.L.C.
1842 Sextant Drive
Worden, IL 62097

OWNER'S REPRESENTATIVE (Architect, Engineer or
other party): Wilson Hodge & Groh Architects &
Engineers, Inc.
203 S. 28th Street
Mt. Vernon, IL 62864

**EXHIBIT**
**A**
tabbies

1   The Contractor and the Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors and assigns to the Owner for the performance of the Construction Contract, which is incorporated herein by reference.

2   If the Contractor performs the Construction Contract, the Surety and the Contractor shall have no obligation under this Bond, except to participate in conferences as provided in Subparagraph 3.1.

3   If there is no Owner Default, the Surety's obligation under this Bond shall arise after:

3.1   The Owner has notified the Contractor and the Surety at its address described in Paragraph 10 below that the Owner is considering declaring a Contractor Default and has requested and attempted to arrange a conference with the Contractor and the Surety to be held not later than fifteen days after receipt of such notice to discuss methods of performing the Construction Contract. If the Owner, the Contractor and the Surety agree, the Contractor shall be allowed a reasonable time to perform the Construction Contract, but such an agreement shall not waive the Owner's right, if any, subsequently to declare a Contractor Default; and

3.2   The Owner has declared a Contractor Default and formally terminated the Contractor's right to complete the contract. Such Contractor Default shall not be declared earlier than twenty days after the Contractor and the Surety have received notice as provided in Subparagraph 3.1; and

3.3   The Owner has agreed to pay the Balance of the Contract Price to the Surety in accordance with the terms of the Construction Contract or to a contractor selected to perform the Construction Contract in accordance with the terms of the contract with the Owner.

4   When the Owner has satisfied the conditions of Paragraph 3, the Surety shall promptly and at the Surety's expense take one of the following actions:

4.1   Arrange for the Contractor, with consent of the Owner, to perform and complete the Construction Contract; or

4.2   Undertake to perform and complete the Construction Contract itself, through its agents or through independent contractors; or

4.3   Obtain bids or negotiated proposals from qualified contractors acceptable to the Owner for a contract for performance and completion of the Construction Contract, arrange for a contract to be prepared for execution by the Owner and the contractor selected with the Owner's concurrence, to be secured with performance and payment bonds, executed by a qualified surety equivalent to the bonds issued on the Construction Contract, and pay to the Owner the amount of damages as described in Paragraph 6 in excess of the Balance of the Contract Price incurred by the Owner resulting from the Contractor's default; or

4.4   Waive its right to perform and complete, arrange for completion, or obtain a new contractor and with reasonable promptness under the circumstances:

.1   After investigation, determine the amount for which it may be liable to the Owner and, as soon as practicable after the amount is determined, tender payment therefor to the Owner; or

.2   Deny liability in whole or in part and notify the Owner citing reasons therefor.

5   If the Surety does not proceed as provided in Paragraph 4 with reasonable promptness, the Surety shall be deemed to be in default on this Bond fifteen days after receipt of an additional written notice from the Owner to the Surety demanding that the Surety perform its obligations under this Bond, and the Owner shall be entitled to enforce any remedy available to the Owner.   If the Surety proceeds as provided in Subparagraph 4.4, and the Owner refuses the payment tendered o' the Surety has denied liability, in whole or in part, without further notice the Owner shall be entitled to enforce any remedy available to the Owner.

6   After the Owner has terminated the Contractor's right to complete the Construction Contract, and if the Surety elects to act under Subparagraph 4.1, 4.2, or 4.3 above, then the responsibilities of the Surety to the Owner shall not be greater than those of the Contractor under the Construction Contract, and the responsibilities of the Owner to the Surety shall not be greater than those of the Owner under the Construction Contract. To the limit of the amount of this bond, but subject to commitment by the Owner of the Balance of the Contract Price to mitigation of costs and damages on the Construction Contract, the Surety is obligated without duplication for:

6.1   The responsibilities of the Contractor for correction of defective work and completion of the Construction Contract;

6.2   Additional legal, design professional and delay costs resulting from the Contractor's Default, and

resulting from the actions or failure to act of the Surety under Paragraph 4; and

6.3 Liquidated damages, or if no liquidated damages are specified in the Construction Contract, actual damages caused by delayed performance or non-performance of the Contractor,

7    The Surety shall not be liable to the Owner or others for obligations of the Contractor that are unrelated to the Construction Contract, and the Balance of the Contract Price shall not be reduced or set off on account of any such unrelated obligations. No right of action shall accrue on this Bond to any person or entity other than the Owner or its heirs, executors, administrators or successors.

8    The Surety hereby waives notice of any change, including changes of time, to the Construction Contract or to related subcontracts, purchase orders and other obligations.

9    Any proceeding, legal or equitable, under this Bond may be instituted in any court of competent jurisdiction in the location in which the work or part of the work is located and shall be instituted within two years after Contractor Default or within two years after the Contractor ceased working or within two years after the Surety refuses or fails to perform its obligations under this Bond, whichever occurs first. If the provisions of this Paragraph are void or prohibited by law, the minimum period of limitation available to sureties as a defense in the jurisdiction of the suit shall be applicable.

10   Notice to the Surety, the Owner or the Contractor shall be mailed or delivered to the address shown on the signature page.

11   When this Bond has been furnished to comply with

a statutory or other legal requirement in the location where the construction was to be performed, any provision in this Bond conflicting with said statutory or legal requirement shall be deemed deleted herefrom and provisions conforming to such statutory or other legal requirement shall be deemed incorporated herein. The intent is that this Bond shall be construed as a statutory bond and not as a common law bond.

12 DEFINITIONS

12.1 Balance of the Contract Price:  The total amount payable by the Owner to the Contractor under the Construction Contract after all proper adjustments have been made, including allowance to the Contractor of any amounts received or to be received by the Owner in settlement of insurance or other claims for damages to which the Contractor is entitled, reduced by all valid and proper payments made to or on behalf of the Contractor under the Construction Contract.

12.2 Construction Contract:  The agreement between the Owner and the Contractor identified on the signature page, including all Contract Documents and changes thereto.

12.3 Contractor Default; Failure of the Contractor, which has neither been remedied nor waived, to perform or otherwise to comply with the terms of the Construction Contract.

12.4 Owner Default; Failure of the Owner, which has neither been remedied nor waived, to pay the Contractor as required by the Construction Contract or to perform and complete or comply with the other terms thereof.

MODIFICATIONS TO THIS BOND ARE AS FOLLOWS:

(Space is provided below for additional signatures of added parties, other than those appearing on the cover page.)

| CONTRACTOR AS PRINCIPAL Company: | (Corporate Seal) | SURETY Company: | (Corporate Seal) |
|---|---|---|---|
| Signature: | | Signature: | |
| Name and Title: | | Name and Title: | |
| Address: | | Address: | |

HARTFORD BOND

# THE HARTFORD
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115

| | | |
|---|---|---|
| [X] Hartford Fire Insurance Company | Twin City Fire Insurance Company | [ ] |
| [ ] Hartford Casualty Insurance Company | Hartford Insurance Company of Illinois | [ ] |
| [ ] Hartford Accident and Indemnity Company | Hartford Insurance Company of the Midwest | [ ] |
| [ ] Hartford Underwriters Insurance Company | Hartford Insurance Company of the Southeast | [ ] |

KNOW ALL PERSONS BY THESE PRESENTS THAT the *Hartford Fire Insurance Company, Hartford Accident and Indemnity Company* and *Hartford Underwriters Insurance Company*, corporations duly organized under the laws of the State of Connecticut; *Hartford Insurance Company of Illinois*, a corporation duly organized under the laws of the State of Illinois; *Hartford Casualty Insurance Company, Twin City Fire Insurance Company* and *Hartford Insurance Company of the Midwest*, corporations duly organized under the laws of the State of Indiana; and *Hartford Insurance Company of the Southeast*, a corporation duly organized under the laws of the State of Florida; having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, up to the amount of UNLIMITED:

ERIN JONES, DAVID P. HALPER, SIDNEY R. FRANKEL, TIM GRIFFIN  JOEL E. SPECKMAN,
RONALD B. GENGLER OF AURORA, ILLINOIS

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on September 12th, 2000, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

Paul A. Bergenholtz, Assistant Secretary

John P. Hyland, Assistant Vice President

STATE OF CONNECTICUT  } ss. Hartford
COUNTY OF HARTFORD  }

On this 19th day of September, 2000, before me personally came John P. Hyland to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

CERTIFICATE

Jean H. Wozniak
Notary Public
My Commission Expires June 30, 2006

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of ˙March 2nd, 2001.

Signed and sealed at the City of Hartford.

Colleen Mastroianni, Assistant Vice President

A2000

# fms.treas.gov
## FINANCIAL MANAGEMENT SERVICE
PUBLIC

## A BUREAU OF THE UNITED STATES DEPARTMENT OF THE TREASURY

**Home**    **Q&A's**    **Calendar**    **Publications**    **Programs & Services**    **About FMS**    **A-Z Index**

Find: [        ] in: [All FMS Pages ▾]    **SEARCH**    **Advanced Search ▶**

- ◻ Overview: Surety Bonds
- ◻ Sureties Listing
- ◻ Admitted Reinsurers
  (Not For Federal Bonds)
- ◻ Getting Started
- ◻ Forms
- ◻ Regulations & Guidance
- ◻ Correspondence
- ◻ Background
- ◻ Contacts

**Surety Bonds**

# Department of the Treasury's Listing of Approved Sureties (Department Circular 570)

- ▼ Certified Companies
- ▼ Certified Reinsurer Companies
- ▼ Footnotes
- ▼ Notes
- ▼ States Insurance Departments

- ▶ Supplemental Changes to Circular 570

Fo
Di
Co
(3
4!

---

4810-35

**Department of the Treasury**

**Fiscal Service**
**(Dept. Circular 570; 2006 Revision)**

**Companies Holding Certificates of Authority as Acceptable**
**Federal Bonds and as Acceptable Reinsuring Comp**

**Effecti**

This Circular is published annually, solely for the information of Fe
approving officers and persons required to give bonds to the Unite
of the Circular and interim changes may be obtained directly from
from the Government Printing Office (202) 512-1800. (Interim cha
published in the FEDERAL REGISTER and on the internet as they o
information pertinent to Federal sureties may be obtained from the
Department of the Treasury, Financial Management Service, Suret
3700 East West Highway, Room 6F01, Hyattsville, MD 20782, Tele
874-6850 or Fax (202) 874-9978.

The most current list of Treasury authorized companies is always ;
through the Internet at http://www.fms.treas.gov/c570. In additic
laws, regulations, and application information are also available at



EXHIBIT
B

Please note that the underwriting limitation published herein is on basis but this does not limit the amount of a bond that a company Companies are allowed to write bonds with a penal sum over their limitation as long as they protect the excess amount with reinsura coinsurance or other methods as specified at 31 CFR 223.10-11. P footnote (b) at the end of this publication.

The following companies have complied with the law and the regul U.S. Department of the Treasury. Those listed in the front of this ( acceptable as sureties and reinsurers on Federal bonds under Title United States Code, Sections 9304 to 9308 [See Note (a)]. Those back are acceptable only as reinsurers on Federal bonds under 31 [See Note (e)].

If we can be of any assistance, please feel free to contact the Sure at (202) 874-6850.
Janice Lucas
Assistant Commissioner
Financial Operations
Financial Management Service

**Important Information is Contained in the Notes at the End Circular. Please Read the Notes Carefully.**

Return to the top

## Certified Companies

Updated December 26, 2006

### Acadia Insurance Company (NAIC #31325)
BUSINESS ADDRESS: P.O. Box 9010, Westbrook, ME 04098 - 5010. PHONE: (207) 772-4300. UNDERWRITING LIMITATION b/: $6,259,000. SURETY LICENSES c,f/: AZ, AR, CO, CT, DE, DC, GA, KY, ME, MD, MA, MS, NH, NM, NY, OK, PA, RI, SC, TN, TX, UT, VT, VA. INCORPORATED IN: Maine.

### ACCREDITED SURETY AND CASUALTY COMPANY, INC. (NAIC #26379)
BUSINESS ADDRESS: P.O. Box 2067, Winter Park, FL 32790 - 2067. PHONE: (407) 629-2131. UNDERWRITING LIMITATION b/: $1,837,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Florida.

### ACSTAR INSURANCE COMPANY (NAIC #22950)
BUSINESS ADDRESS: P.O. BOX 2350, NEW BRITAIN, CT 06050 - 2350. PHONE: (860) 224-2000. UNDERWRITING LIMITATION b/: $3,028,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

### Aegis Security Insurance Company (NAIC #33898)
BUSINESS ADDRESS: P.O. Box 3153, Harrisburg, PA 17105. PHONE: (717) 657-9671 x-3051.

UNDERWRITING LIMITATION b/: $3,150,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

### Affiliated FM Insurance Company (NAIC #10014)
BUSINESS ADDRESS: P.O. Box 7500, Johnston, RI 02919 - 0500. PHONE: (401) 275-3000. UNDERWRITING LIMITATION b/: $48,926,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Rhode Island.

### ALL AMERICA INSURANCE COMPANY (NAIC #20222)
BUSINESS ADDRESS: 800 SOUTH WASHINGTON STREET, VAN WERT, OH 45891. PHONE: (419) 238-5551 x-2350. UNDERWRITING LIMITATION b/: $7,615,000. SURETY LICENSES c,f/: AZ, CA, CT, GA, IL, IN, IA, KY, MA, MI, NV, NJ, NY, NC, OH, OK, TN, TX, VA. INCORPORATED IN: Ohio.

### Allegheny Casualty Company (NAIC #13285)
BUSINESS ADDRESS: PO Box 1116, Meadville, PA 16335 - 7116. PHONE: (814) 336-2521. UNDERWRITING LIMITATION b/: $1,226,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, HI, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NV, NJ, NM, NY, NC, OH, OK, PA, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

### ALLIED Property and Casualty Insurance Company (NAIC #42579)
BUSINESS ADDRESS: 1100 LOCUST ST DEPT 2007, DES MOINES, IA 50391 - 2007. PHONE: (515) 508-4211. UNDERWRITING LIMITATION b/: $8,701,000. SURETY LICENSES c,f/: AZ, CA, CO, FL, GA, ID, IL, IN, IA, KS, KY, MD, MI, MN, MO, MT, NE, NV, NM, NC, ND, OH, OR, PA, SD, TN, TX, UT, VA, WA, WI, WY. INCORPORATED IN: Iowa.

### AMCO Insurance Company (NAIC #19100)
BUSINESS ADDRESS: 1100 LOCUST ST DEPT 2007, DES MOINES, IA 50391 - 2007. PHONE: (515) 508-4211. UNDERWRITING LIMITATION b/: $39,846,000. SURETY LICENSES c,f/: AZ, CA, CO, DE, GA, ID, IL, IN, IA, KS, KY, MD, MI, MN, MO, MT, NE, NV, NM, NC, ND, OH, OR, PA, SD, TN, TX, UT, VA, WA, WI, WY. INCORPORATED IN: Iowa.

### AMERICAN ALTERNATIVE INSURANCE CORPORATION (NAIC #19720)
BUSINESS ADDRESS: 555 COLLEGE ROAD EAST - P.O. BOX 5241, PRINCETON, NJ 08543. PHONE: (609) 243-4200. UNDERWRITING LIMITATION b/: $15,283,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Delaware.

### American Automobile Insurance Company (NAIC #21849)
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (800) 243-9622. UNDERWRITING LIMITATION b/: $14,563,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Missouri.

### AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA (NAIC #10111)
BUSINESS ADDRESS: 11222 QUAIL ROOST DRIVE, MIAMI, FL 33157. PHONE: (305) 253-2244 x-35611. UNDERWRITING LIMITATION b/: $26,032,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Florida.

## American Casualty Company of Reading, Pennsylvania (NAIC #20427)
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $10,801,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Pennsylvania.

## AMERICAN CONTRACTORS INDEMNITY COMPANY (NAIC #10216) 1
BUSINESS ADDRESS: 9841 Airport Boulevard, 9th Floor, Los Angeles, CA 90045. PHONE: (310)
649-0990. UNDERWRITING LIMITATION c,f/: $4,320,000. SURETY LICENSES c,f/: AL, AK, AZ, AR,
CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE,
NV, NJ, NM, NY, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY.
INCORPORATED IN: California.

## American Economy Insurance Company (NAIC #19690)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226.
UNDERWRITING LIMITATION b/: $50,250,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY,
NC, ND, OH, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN:
Indiana.

## American Fire and Casualty Company (NAIC #24066)
BUSINESS ADDRESS: 9450 Seward Road , Fairfield , OH 45014. PHONE: (513) 603-2400.
UNDERWRITING LIMITATION b/: $3,549,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC,
ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

## American Guarantee and Liability Insurance Company (NAIC #26247)
BUSINESS ADDRESS: 1400 AMERICAN LANE, TOWER I, 19TH FLOOR, SCHAUMBURG, IL 60196 -
1056. PHONE: (800) 382-2150. UNDERWRITING LIMITATION b/: $13,995,000. SURETY LICENSES
c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI,
MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT,
VA, WA, WV, WI, WY. INCORPORATED IN: New York.

## American Hardware Mutual Insurance Company (NAIC #13331)
BUSINESS ADDRESS: 471 East Broad Street, Columbus, OH 43215. PHONE: (800) 922-6757.
UNDERWRITING LIMITATION b/: $10,856,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Ohio.

## American Home Assurance Company (NAIC #19380)
BUSINESS ADDRESS: 70 PINE STREET, NEW YORK, NY 10270. PHONE: (212) 458-7018.
UNDERWRITING LIMITATION b/: $504,965,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New York.

## American Insurance Company (The) (NAIC #21857)
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (800) 243-9622.
UNDERWRITING LIMITATION b/: $50,757,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Nebraska.

## AMERICAN INTERNATIONAL INSURANCE COMPANY OF PUERTO RICO (NAIC #31674)
BUSINESS ADDRESS: P O Box 10181, San Juan, PR 00918. PHONE: (787) 767-6400.
UNDERWRITING LIMITATION b/: $12,286,000. SURETY LICENSES c,f/: PR, VI. INCORPORATED IN:
Puerto Rico.

### American International Pacific Insurance Company (NAIC #23795)
BUSINESS ADDRESS: 70 PINE STREET, NEW YORK, NY 10270. PHONE: (212) 458-7018.
UNDERWRITING LIMITATION b/: $3,120,000. SURETY LICENSES c,f/: AK, CO, CT, DC, IA, ME, MD,
MA, MS, MT, NE, NH, ND, RI, SD, UT, VT, WV, WY. INCORPORATED IN: Colorado.

## AMERICAN RELIABLE INSURANCE COMPANY (NAIC #19615)
BUSINESS ADDRESS: 8655 EAST VIA DE VENTURA, STE E200, SCOTTSDALE, AZ 85258. PHONE:
(480) 483-8666. UNDERWRITING LIMITATION b/: $9,186,000. SURETY LICENSES c,f/: AL, AK, AZ,
AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT,
NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI,
WY. INCORPORATED IN: Arizona.

## AMERICAN ROAD INSURANCE COMPANY (THE) (NAIC #19631)
BUSINESS ADDRESS: The American Road, Dearborn, MI 48121 - 6027. PHONE: (313) 594-1914.
UNDERWRITING LIMITATION b/: $45,919,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Michigan.

### American Safety Casualty Insurance Company (NAIC #39969)
BUSINESS ADDRESS: 1845 The Exchange, Atlanta, GA 30339. PHONE: (770) 916-1908.
UNDERWRITING LIMITATION b/: $6,514,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE,
DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC,
ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN:
Delaware.

### American Southern Insurance Company (NAIC #10235)
BUSINESS ADDRESS: P O Box 723030, Atlanta, GA 31139 - 0030. PHONE: (404) 266-9599 x-134.
UNDERWRITING LIMITATION b/: $3,104,000. SURETY LICENSES c,f/: AL, AR, FL, GA, IL, IN, KS,
KY, MD, MS, MO, NE, NJ, NY, NC, OH, PA, SC, TN, UT, VA, WA, WV, WY. INCORPORATED IN:
Kansas.

### American States Insurance Company (NAIC #19704)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226.
UNDERWRITING LIMITATION b/: $77,277,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Indiana.

### American Surety Company (NAIC #31380)
BUSINESS ADDRESS: 3905 Vincennes Road, Suite 200, Indianapolis, IN 46268. PHONE: (317)
875-8700. UNDERWRITING LIMITATION b/: $944,000. SURETY LICENSES c,f/: AL, AK, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, LA, ME, MD, MN, MS, MO, MT, NE, NV, NJ, NM, NY, ND, OH,
OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY. INCORPORATED IN: Indiana.

### Amerisure Mutual Insurance Company (NAIC #23396)
BUSINESS ADDRESS: P. O. Box 2060, Farmington Hills, MI 48333 - 2060. PHONE: (248) 615-
9000. UNDERWRITING LIMITATION b/: $45,444,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.

INCORPORATED IN: Michigan.

### Antilles Insurance Company (NAIC #10308)
BUSINESS ADDRESS: PO Box 9023507 , San Juan , PR 00902 - 3507. PHONE: (787) 474-4900. UNDERWRITING LIMITATION b/: $4,115,000. SURETY LICENSES c,f/: PR. INCORPORATED IN: Puerto Rico.

### Arch Insurance Company (NAIC #11150)
BUSINESS ADDRESS: ONE LIBERTY PLAZA, 53RD FLOOR, NEW YORK, NY 10006. PHONE: (203) 388-3300. UNDERWRITING LIMITATION b/: $47,612,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Missouri.

### Arch Reinsurance Company (NAIC #10348)
BUSINESS ADDRESS: 360 Mt. Kemble Avenue, P.O. Box 1988, Morristown, NJ 07962 - 1988. PHONE: (973) 889-6467. UNDERWRITING LIMITATION b/: $20,626,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV. INCORPORATED IN: Nebraska.

### Associated Indemnity Corporation (NAIC #21865)
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (800) 243-9622. UNDERWRITING LIMITATION b/: $5,858,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY. INCORPORATED IN: California.

### Atlantic Bonding Company, Inc. (NAIC #41114)
BUSINESS ADDRESS: Suite 212, Hilton Plaza, Pikesville, MD 21208. PHONE: (410) 484-3100. UNDERWRITING LIMITATION b/: $1,023,000. SURETY LICENSES c,f/: AZ, MD. INCORPORATED IN: Maryland.

### Auto-Owners Insurance Company (NAIC #18988)
BUSINESS ADDRESS: P.O. BOX 30660, LANSING, MI 48909 - 8160. PHONE: (517) 323-1200. UNDERWRITING LIMITATION b/: $412,931,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, FL, GA, ID, IL, IN, IA, KS, KY, MI, MN, MS, MO, NE, NV, NM, NC, ND, OH, OR, PA, SC, SD, TN, UT, VA, WV, WI. INCORPORATED IN: Michigan.

### Beazley Insurance Company, Inc. (NAIC #37540)
BUSINESS ADDRESS: 20 Stanford Drive, Farmington, CT 06032. PHONE: (860) 677-3700. UNDERWRITING LIMITATION b/: $4,972,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, PA, RI, SD, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

### Berkley Insurance Company (NAIC #32603)
BUSINESS ADDRESS: 475 STEAMBOAT ROAD, GREENWICH, CT 06830. PHONE: (203) 542-3800. UNDERWRITING LIMITATION b/: $107,012,000. SURETY LICENSES c,f/: AL, AK, AR, CA, CO, DE, DC, FL, ID, IL, IN, IA, KY, LA, MD, MI, MN, MS, NE, NV, NM, NY, NC, ND, OH, OK, OR, PA, RI, SD, TN, TX, UT, VT, WA, WV, WI. INCORPORATED IN: Delaware.

### Berkley Regional Insurance Company (NAIC #29580)
BUSINESS ADDRESS: 11201 Douglas, Urbandale, IA 50322. PHONE: (203) 629-3000. UNDERWRITING LIMITATION b/: $61,171,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,

NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Delaware.

### BITUMINOUS CASUALTY CORPORATION (NAIC #20095)
BUSINESS ADDRESS: 320 - 18TH STREET, ROCK ISLAND, IL 61201 - 8744. PHONE: (309) 732-
0300. UNDERWRITING LIMITATION b/: $23,235,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Illinois.

### BOND SAFEGUARD INSURANCE COMPANY (NAIC #27081)
BUSINESS ADDRESS: 10002 Shelbyville Road, Suite 100, Louisville, KY 40223. PHONE: (630) 495-
9380. UNDERWRITING LIMITATION b/: $1,363,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO,
DE, DC, FL, GA, HI, IL, IN, KS, KY, LA, ME, MD, MA, MS, MO, MT, NV, NJ, NC, ND, OH, OK, RI, SC,
SD, TN, TX, UT, VA, WA, WV, WY. INCORPORATED IN: Illinois.

### BRITISH AMERICAN INSURANCE COMPANY (NAIC #32875)
BUSINESS ADDRESS: P.O. Box 1590, Dallas, TX 75221 - 1590. PHONE: (214) 443-5500.
UNDERWRITING LIMITATION b/: $3,256,000. SURETY LICENSES c,f/: TX. INCORPORATED IN:
Texas.

### Buckeye Union Insurance Company (The) (NAIC #20788)
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $19,618,000. SURETY LICENSES c,f/: AK, DC, FL, IL, IN, IA, KS,
KY, MD, MI, MO, NY, OH, PA, RI, SD, VA, WV. INCORPORATED IN: Illinois.

### Capital City Insurance Company, Inc. (NAIC #30589)
BUSINESS ADDRESS: P. O. Box 212157, Columbia, SC 29221 - 2157. PHONE: (803) 731-7728.
UNDERWRITING LIMITATION b/: $3,308,000. SURETY LICENSES c,f/: AL, AR, FL, GA, IL, KY, LA,
ME, MD, MS, MO, NC, OK, PA, SC, TN, TX, VA, WV. INCORPORATED IN: South Carolina.

### Capitol Indemnity Corporation (NAIC #10472)
BUSINESS ADDRESS: P.O. Box 5900, Madison, WI 53705 - 0900. PHONE: (608) 829-4810.
UNDERWRITING LIMITATION b/: $17,185,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC,
FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NM, NY, ND, OH, OK, OR, PA,
SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

### Carolina Casualty Insurance Company (NAIC #10510)
BUSINESS ADDRESS: P. O. BOX 2575, JACKSONVILLE, FL 32203 - 2575. PHONE: (904) 363-0900.
UNDERWRITING LIMITATION b/: $22,194,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WV, WI, WY.
INCORPORATED IN: Florida.

### Centennial Casualty Company (NAIC #34568)
BUSINESS ADDRESS: 2200 Woodcrest Place, Suite 200, Birmingham, AL 35209. PHONE: (205)
877-4500. UNDERWRITING LIMITATION b/: $4,313,000. SURETY LICENSES c,f/: AL.
INCORPORATED IN: Alabama.

### CENTRAL MUTUAL INSURANCE COMPANY (NAIC #20230)
BUSINESS ADDRESS: 800 SOUTH WASHINGTON STREET, VAN WERT, OH 45891. PHONE: (419)
238-5551 x-2350. UNDERWRITING LIMITATION b/: $30,917,000. SURETY LICENSES c,f/: AZ, CA,
CO, CT, DE, GA, IL, IN, IA, KY, MA, MI, NV, NH, NJ, NM, NY, NC, OH, OK, PA, TN, TX, VA, WA.
INCORPORATED IN: Ohio.

**CENTURY SURETY COMPANY (NAIC #36951)**
BUSINESS ADDRESS: P.O. BOX 163340, Columbus, OH 43216 - 3340. PHONE: (614) 895-2000.
UNDERWRITING LIMITATION b/: $12,182,000. SURETY LICENSES c,f/: AZ, IN, ME, OH, WV, WI.
INCORPORATED IN: Ohio.

**Cherokee Insurance Company (NAIC #10642)**
BUSINESS ADDRESS: 34200 Mound Road, Sterling Heights, MI 48310. PHONE: (800) 201-0450.
UNDERWRITING LIMITATION b/: $6,143,000. SURETY LICENSES c,f/: AZ, AR, CA, CO, GA, IL, IN,
IA, KS, KY, MD, MI, MS, MO, NJ, NM, NY, OH, OK, PA, SC, SD, TN, TX, UT, VA, WA, WV, WY.
INCORPORATED IN: Michigan.

**CHUBB INDEMNITY INSURANCE COMPANY (NAIC #12777)**
BUSINESS ADDRESS: 15 Mountain View Road, P.O. Box 1615 , Warren , NJ 07061 - 1615. PHONE:
(908) 903-5150. UNDERWRITING LIMITATION b/: $4,366,000. SURETY LICENSES c,f/: AK, AZ, AR,
CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE,
NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New York.

**Cincinnati Casualty Company (The) (NAIC #28665)**
BUSINESS ADDRESS: P.O. Box 145496, Cincinnati, OH 45250 - 5496. PHONE: (513) 870-2000.
UNDERWRITING LIMITATION b/: $26,290,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, FL,
GA, ID, IL, IN, IA, KS, KY, MD, MI, MN, MS, MO, MT, NE, NH, NM, NY, NC, ND, OH, OK, OR, PA,
SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

**Cincinnati Insurance Company (The) (NAIC #10677)**
BUSINESS ADDRESS: P.O. BOX 145496, CINCINNATI, OH 45250 - 5496. PHONE: (513) 870-2604.
UNDERWRITING LIMITATION b/: $393,091,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Ohio.

**CITIZENS INSURANCE COMPANY OF AMERICA (NAIC #31534)**
BUSINESS ADDRESS: 645 W. Grand River Avenue, Howell, MI 48843. PHONE: (508) 853-7200 x-
2075. UNDERWRITING LIMITATION b/: $73,297,000. SURETY LICENSES c,f/: AL, GA, IL, IN, KS,
ME, MA, MI, MO, NH, NJ, NY, NC, OH, PA, RI, SC, VT, VA, WI. INCORPORATED IN: Michigan.

**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY (NAIC )**
BUSINESS ADDRESS: 1400 AMERICAN LANE, TOWER I, 19TH FLOOR, SCHAUMBURG, IL 60196 -
1056. PHONE: (800) 382-2150. UNDERWRITING LIMITATION b/: $2,219,000. SURETY LICENSES
c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI,
MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA,
WA, WV, WI, WY. INCORPORATED IN: Maryland.

**COLONIAL SURETY COMPANY (NAIC #10758)**
BUSINESS ADDRESS: 50 Chestnut Ridge Road , Montvale , NJ 07645. PHONE: (201) 573-8788.
UNDERWRITING LIMITATION b/: $621,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, ID, IL, IN, KS, KY, LA, MD, MA, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND,
OK, OR, PA, RI, SC, SD, TN, TX, UT, WV, WI, WY. INCORPORATED IN: Pennsylvania.

**COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY (NAIC #12157)**
BUSINESS ADDRESS: P.O. Box 100165, Columbia, SC 29202. PHONE: (803) 735-0672.
UNDERWRITING LIMITATION b/: $8,849,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL,
GA, IL, IN, IA, KS, KY, LA, MD, MI, MS, MO, NE, NJ, NC, OH, OK, OR, PA, SC, TN, TX, VT, VA, WV,
WI. INCORPORATED IN: South Carolina.

**Consolidated Insurance Company (NAIC #22640)**
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221.
UNDERWRITING LIMITATION b/: $5,577,000. SURETY LICENSES c,f/: IL, IN, IA, KY, MI, MN, OH,
TN, WA, WI. INCORPORATED IN: Indiana.

**Continental Casualty Company (NAIC #20443)**
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $439,290,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.
INCORPORATED IN: Illinois.

**CONTINENTAL HERITAGE INSURANCE COMPANY (NAIC #39551)**
BUSINESS ADDRESS: 2800 Corporate Exchange Dr, Ste 130, Columbus, OH 43231. PHONE: (614)
839-1800. UNDERWRITING LIMITATION b/: $633,000. SURETY LICENSES c,f/: AZ, CA, FL, ID, IL,
IN, IA, MD, MN, NV, ND, OH, PA, SC, TN, TX, UT, VA. INCORPORATED IN: Ohio.

**Continental Insurance Company (The) (NAIC #35289)**
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $81,773,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE,
NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV,
WI, WY. INCORPORATED IN: South Carolina.

**CONTRACTORS BONDING AND INSURANCE COMPANY (NAIC #37206)**
BUSINESS ADDRESS: P.O. BOX 9271, SEATTLE, WA 98109 - 0271. PHONE: (206) 628-6820.
UNDERWRITING LIMITATION b/: $5,420,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Washington.

**Cooperativa de Seguros Multiples de Puerto Rico (NAIC #18163)**
BUSINESS ADDRESS: P O BOX 363846, SAN JUAN, PR 00936 - 3846. PHONE: (787) 759-9961.
UNDERWRITING LIMITATION b/: $20,852,000. SURETY LICENSES c,f/: PR. INCORPORATED IN:
Puerto Rico.

**CUMIS INSURANCE SOCIETY, INC. (NAIC #10847)**
BUSINESS ADDRESS: P. O. Box 1084, Madison, WI 53701. PHONE: (608) 238-5851.
UNDERWRITING LIMITATION b/: $447,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Wisconsin.

**DaimlerChrysler Insurance Company (NAIC #10499)**
BUSINESS ADDRESS: CIMS:405-26-10, P.O. Box 9217, Farmington Hills, MI 48333 - 9217.
PHONE: (800) 782-9164. UNDERWRITING LIMITATION b/: $14,877,000. SURETY LICENSES c,f/:
AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN,
MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA,
WA, WV, WI, WY. INCORPORATED IN: Michigan.

**Developers Surety and Indemnity Company (NAIC #12718)**
BUSINESS ADDRESS: P.O. BOX 19725, IRVINE, CA 92623 - 9725. PHONE: (800) 782-1546.
UNDERWRITING LIMITATION b/: $3,526,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM,
NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN:

Iowa.

### Employers Insurance Company of Wausau (NAIC #21458)
BUSINESS ADDRESS: Post Office Box 8017, Wausau, WI 54402 - 8017. PHONE: (715) 845-5211 x-6570. UNDERWRITING LIMITATION b/: $107,066,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

### Employers Mutual Casualty Company (NAIC #21415)
BUSINESS ADDRESS: P. O. BOX 712, DES MOINES, IA 50303 - 0712. PHONE: (515) 362-7589. UNDERWRITING LIMITATION b/: $66,325,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Iowa.

### Employers Reinsurance Corporation (NAIC #39845)
BUSINESS ADDRESS: P.O. BOX 2991, OVERLAND PARK, KS 66201 - 1391. PHONE: (913) 676-5200. UNDERWRITING LIMITATION b/: $511,763,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Missouri.

### Endurance Reinsurance Corporation of America (NAIC #11551)
BUSINESS ADDRESS: 333 Westchester Avenue, White Plains, NY 10604. PHONE: (914) 468-8000. UNDERWRITING LIMITATION b/: $51,484,000. SURETY LICENSES c,f/: AZ, CA, DE, DC, ID, IN, KS, MD, MA, MI, MT, NE, NV, NM, NY, ND, OH, OK, OR, PA, SC, TX, UT, WV. INCORPORATED IN: New York.

### Erie Insurance Company (NAIC #26263)
BUSINESS ADDRESS: 100 ERIE INSURANCE PLACE, ERIE, PA 16530. PHONE: (814) 870-2000. UNDERWRITING LIMITATION b/: $16,169,000. SURETY LICENSES c,f/: DC, IL, IN, KY, MD, NY, NC, OH, PA, TN, VA, WV, WI. INCORPORATED IN: Pennsylvania.

### Everest Reinsurance Company (NAIC #26921)
BUSINESS ADDRESS: P.O. Box 830, Liberty Corner, NJ 07938 - 0830. PHONE: (800) 438-4375. UNDERWRITING LIMITATION b/: $232,759,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI. INCORPORATED IN: Delaware.

### Evergreen National Indemnity Company (NAIC #12750)
BUSINESS ADDRESS: 2800 Corporate Exchange Dr, Ste 130, Columbus, OH 43231. PHONE: (614) 839-1800. UNDERWRITING LIMITATION b/: $2,501,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### Excelsior Insurance Company (NAIC #11045)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221. UNDERWRITING LIMITATION b/: $6,574,000. SURETY LICENSES c,f/: CT, DE, DC, FL, GA, IN, KY, ME, MD, MA, NH, NJ, NY, NC, PA, RI, VT, VA. INCORPORATED IN: New Hampshire.

### Executive Risk Indemnity Inc. (NAIC #35181)
BUSINESS ADDRESS: 15 MOUNTAIN VIEW ROAD, P.O. BOX 1615, WARREN, NJ 07061 - 1615.

PHONE: (908) 903-5150. UNDERWRITING LIMITATION b/: $65,636,000. SURETY LICENSES c,f/:
AL, AK, AZ, AR, CA, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS,
MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA,
WV, WI, WY. INCORPORATED IN: Delaware.

### Explorer Insurance Company (NAIC #40029)
BUSINESS ADDRESS: P.O. BOX 85563, SAN DIEGO, CA 92186 - 5563. PHONE: (858) 350-2400 x-
2634. UNDERWRITING LIMITATION b/: $2,845,000. SURETY LICENSES c,f/: AZ, CA, CO, FL, HI,
ID, IL, IN, IA, MT, NV, NM, OR, PA, TX, UT, WA. INCORPORATED IN: California.

### Factory Mutual Insurance Company (NAIC #21482)
BUSINESS ADDRESS: P.O. Box 7500, Johnston, RI 02919 - 0500. PHONE: (401) 275-3000.
UNDERWRITING LIMITATION b/: $371,496,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.
INCORPORATED IN: Rhode Island.

### Fairmont Specialty Insurance Company (NAIC #24384)
BUSINESS ADDRESS: P.O. Box 2807, Houston, TX 77252. PHONE: (713) 954-8100.
UNDERWRITING LIMITATION b/: $9,379,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Delaware.

### Farmers Alliance Mutual Insurance Company (NAIC #19194)
BUSINESS ADDRESS: 1122 North Main Street, McPherson, KS 67460. PHONE: (620) 241-2200.
UNDERWRITING LIMITATION b/: $12,022,000. SURETY LICENSES c,f/: AZ, CO, ID, IN, IA, KS, MI,
MN, MO, MT, NE, NM, ND, OH, OK, SD, TX. INCORPORATED IN: Kansas.

### Farmington Casualty Company (NAIC #41483)
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-
1561. UNDERWRITING LIMITATION b/: $21,800,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.
INCORPORATED IN: Connecticut.

### Farmland Mutual Insurance Company (NAIC #13838)
BUSINESS ADDRESS: 1100 LOCUST ST. DEPT 2007, DES MOINES, IA 50391 - 2007. PHONE: (800)
228-6700. UNDERWRITING LIMITATION b/: $11,848,000. SURETY LICENSES c,f/: AL, AZ, AR, CA,
CO, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, MD, MI, MN, MS, MO, MT, NE, NV, NC, ND, OH, OK, OR,
PA, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Iowa.

### Federal Insurance Company (NAIC #20281)
BUSINESS ADDRESS: 15 Mountain View Rd., P.O. Box 1615, Warren, NJ 07061 - 1615. PHONE:
(908) 903-5150. UNDERWRITING LIMITATION b/: $813,306,000. SURETY LICENSES c,f/: AL, AK,
AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS,
MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI,
WA, WV, WI, WY. INCORPORATED IN: Indiana.

### FEDERATED MUTUAL INSURANCE COMPANY (NAIC #13935)
BUSINESS ADDRESS: 121 EAST PARK SQUARE, OWATONNA, MN 55060. PHONE: (888) 333-4949.
UNDERWRITING LIMITATION b/: $141,339,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM,
NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED
IN: Minnesota.

### Fidelity and Casualty Company of New York (The) (NAIC #35270)
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $14,722,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: South Carolina.

### Fidelity and Deposit Company of Maryland (NAIC #39306)
BUSINESS ADDRESS: 1400 AMERICAN LANE, TOWER I, 19TH FLOOR, SCHAUMBURG, IL 60196 -
1056. PHONE: (800) 382-2150. UNDERWRITING LIMITATION b/: $16,466,000. SURETY LICENSES
c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA,
MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX,
UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Maryland.

### FIDELITY AND GUARANTY INSURANCE COMPANY (NAIC #35386)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (800) 356-4098.
UNDERWRITING LIMITATION b/: $1,420,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM,
NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN:
Iowa.

### Fidelity and Guaranty Insurance Underwriters, Inc. (NAIC #25879)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (800) 356-4098.
UNDERWRITING LIMITATION b/: $3,135,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY,
NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN:
Wisconsin.

### Fidelity National Property and Casualty Insurance Company (NAIC #16578)
BUSINESS ADDRESS: 10301 Deerwood Park Blvd, Suite 100, Jacksonville, FL 32256. PHONE:
(904) 997-7310. UNDERWRITING LIMITATION b/: $4,957,000. SURETY LICENSES c,f/: AL, AK, AZ,
AR, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED
IN: New York.

### Financial Pacific Insurance Company (NAIC #31453)
BUSINESS ADDRESS: P.O. Box 292220, Sacramento, CA 95829 - 2220. PHONE: (916) 630-5000.
UNDERWRITING LIMITATION b/: $5,345,000. SURETY LICENSES c,f/: AK, AZ, AR, CA, CO, ID, KS,
MO, MT, NE, NV, NM, ND, OK, OR, SD, UT, WA, WI. INCORPORATED IN: California.

### Fireman's Fund Insurance Company (NAIC #21873)
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (800) 243-9622.
UNDERWRITING LIMITATION b/: $285,020,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.
INCORPORATED IN: California.

### Firemen's Insurance Company of Newark, New Jersey (NAIC #20850) 2
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727.
UNDERWRITING LIMITATION b/: $52,310,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: South Carolina.

### First Founders Assurance Company (NAIC #12150)

BUSINESS ADDRESS: 720 Palisades Avenue, Englewood Cliffs, NJ 07632. PHONE: (201) 568-2810. UNDERWRITING LIMITATION b/: $235,000. SURETY LICENSES c,f/: NJ. INCORPORATED IN: New Jersey.

### First Insurance Company of Hawaii, Ltd. (NAIC #41742)
BUSINESS ADDRESS: P.O. Box 2866, Honolulu, HI 96803. PHONE: (808) 527-7777. UNDERWRITING LIMITATION b/: $16,635,000. SURETY LICENSES c,f/: GU, HI. INCORPORATED IN: Hawaii.

### First Liberty Insurance Corporation (The) (NAIC #33588)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (617) 357-9500 x-41015. UNDERWRITING LIMITATION b/: $2,038,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Iowa.

### First National Insurance Company of America (NAIC #24724)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226. UNDERWRITING LIMITATION b/: $7,453,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Washington.

### First Sealord Surety, Inc. (NAIC #28519)
BUSINESS ADDRESS: 789 East Lancaster Avenue, Suite 200, Villanova, PA 19087. PHONE: (610) 664-2259. UNDERWRITING LIMITATION b/: $901,000. SURETY LICENSES c,f/: AL, AK, AR, CT, DE, DC, FL, GA, IL, IN, IA, KY, MD, MA, MI, MS, MO, NJ, NY, NC, OH, OR, PA, SC, TN, TX, VA, WA, WV, WI. INCORPORATED IN: Pennsylvania.

### FOLKSAMERICA REINSURANCE COMPANY (NAIC #38776)
BUSINESS ADDRESS: ONE LIBERTY PLAZA - 19TH FLOOR, NEW YORK, NY 10006 - 1404. PHONE: (212) 312-2500. UNDERWRITING LIMITATION b/: $107,415,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DC, GA, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MS, MT, NE, NH, NM, NY, NC, ND, OH, OK, OR, PA, SC, TX, UT, VA, WA, WI. INCORPORATED IN: New York.

### General Insurance Company of America (NAIC #24732)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226. UNDERWRITING LIMITATION b/: $81,426,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Washington.

### General Reinsurance Corporation (NAIC #22039)
BUSINESS ADDRESS: Financial Centre, P.O.Box 10350, Stamford, CT 06904 - 2350. PHONE: (203) 328-6463. UNDERWRITING LIMITATION b/: $723,426,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Delaware.

### Global Surety & Insurance Co. (NAIC #11304)
BUSINESS ADDRESS: 3555 FARNAM STREET, OMAHA, NE 68131. PHONE: (402) 271-2840. UNDERWRITING LIMITATION b/: $6,463,000. SURETY LICENSES c,f/: AZ, CA, CO, NE, WY. INCORPORATED IN: Nebraska.

### GRANITE RE, INC. (NAIC #26310)

BUSINESS ADDRESS: 14001 Quailbrook Drive, Oklahoma City, OK 73134. PHONE: (800) 440-5953. UNDERWRITING LIMITATION b/: $701,000. SURETY LICENSES c,f/: AZ, AR, CO, IL, IA, KS, MN, MS, MO, MT, NE, NM, ND, OK, SD, TN, WI, WY. INCORPORATED IN: Oklahoma.

### Granite State Insurance Company (NAIC #23809)
BUSINESS ADDRESS: 70 PINE STREET, NEW YORK, NY 10270. PHONE: (212) 458-7018. UNDERWRITING LIMITATION b/: $3,093,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

### GRAY CASUALTY & SURETY COMPANY (THE) (NAIC #10671)
BUSINESS ADDRESS: P.O. Box 6202, Metairie, LA 70009 - 6202. PHONE: (504) 888-7790. UNDERWRITING LIMITATION b/: $1,204,000. SURETY LICENSES c,f/: AL, AR, GA, LA, MS, NM, OK, SC, TX. INCORPORATED IN: Louisiana.

### GRAY INSURANCE COMPANY (THE) (NAIC #36307)
BUSINESS ADDRESS: P.O. BOX 6202, METAIRIE, LA 70009 - 6202. PHONE: (504) 888-7790. UNDERWRITING LIMITATION b/: $8,309,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MS, MO, MT, NE, NV, NM, NC, ND, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Louisiana.

### Great American Alliance Insurance Company (NAIC #26832)
BUSINESS ADDRESS: 580 Walnut Street, Cincinnati, OH 45202. PHONE: (800) 972-3008. UNDERWRITING LIMITATION b/: $2,515,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### Great American Insurance Company (NAIC #16691)
BUSINESS ADDRESS: 580 Walnut Street, Cincinnati, OH 45202. PHONE: (800) 972-3008. UNDERWRITING LIMITATION b/: $145,531,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (NAIC #22136)
BUSINESS ADDRESS: 580 Walnut Street, Cincinnati, OH 45202. PHONE: (800) 972-3008. UNDERWRITING LIMITATION b/: $5,306,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

### Great Northern Insurance Company (NAIC #20303)
BUSINESS ADDRESS: 15 MOUNTAIN VIEW ROAD, P.O. BOX 1615, WARREN, NJ 07061 - 1615. PHONE: (908) 903-5150. UNDERWRITING LIMITATION b/: $28,397,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Minnesota.

### Great River Insurance Company (NAIC # 18468) 3

### Greenwich Insurance Company (NAIC #22322)
BUSINESS ADDRESS: Seaview House, 70 Seaview Avenue, Stamford, CT 06902 - 6040. PHONE: (203) 964-3466. UNDERWRITING LIMITATION b/: $30,316,000. SURETY LICENSES c,f/: AL, AK,

AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO,
MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA,
WV, WI, WY. INCORPORATED IN: Delaware.

### Guarantee Company of North America USA (The) (NAIC #36650)
BUSINESS ADDRESS: 25800 Northwestern Highway, Suite 720, Southfield, MI 48075-8410.
PHONE: (248) 281-0281 x-1008. UNDERWRITING LIMITATION b/: $5,444,000. SURETY LICENSES
c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, NE,
NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Michigan.

### Hanover Insurance Company (The) (NAIC #22292)
BUSINESS ADDRESS: 440 Lincoln Street, Worcester, MA 01653. PHONE: (508) 855-3445.
UNDERWRITING LIMITATION b/: $47,163,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New Hampshire.

### HARCO NATIONAL INSURANCE COMPANY (NAIC #26433)
BUSINESS ADDRESS: P.O. Box 68309, Schaumburg, IL 60168 - 0309. PHONE: (847) 321-4800.
UNDERWRITING LIMITATION b/: $16,497,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Illinois.

### Harleysville Mutual Insurance Company (NAIC #14168)
BUSINESS ADDRESS: 355 Maple Avenue , Harleysville , PA 19438 - 2297. PHONE: (215) 256-
5470. UNDERWRITING LIMITATION b/: $51,759,000. SURETY LICENSES c,f/: AL, AR, CA, CO, CT,
DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM,
NC, ND, OH, OK, OR, PA, RI, SC, TN, TX, UT, VT, VA, WA, WV, WI. INCORPORATED IN:
Pennsylvania.

### Harleysville Worcester Insurance Company (NAIC #26182)
BUSINESS ADDRESS: 120 Front Street, Suite 400 , Worcester , MA 01608 - 1408. PHONE: (215)
256-5470. UNDERWRITING LIMITATION b/: $11,094,000. SURETY LICENSES c,f/: CT, ME, MA, MI,
NH, NY, RI, VT. INCORPORATED IN: Massachusetts.

### Hartford Accident and Indemnity Company (NAIC #22357)
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497.
UNDERWRITING LIMITATION b/: $243,721,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE,
NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI,
WY. INCORPORATED IN: Connecticut.

### Hartford Casualty Insurance Company (NAIC #29424)
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497.
UNDERWRITING LIMITATION b/: $82,354,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE,
NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI,
WY. INCORPORATED IN: Indiana.

### Hartford Fire Insurance Company (NAIC #19682)
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497.
UNDERWRITING LIMITATION b/: $1,048,013,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE,

NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

### Hartford Insurance Company of Illinois (NAIC #38288)
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497. UNDERWRITING LIMITATION b/: $130,681,000. SURETY LICENSES c,f/: AS, GU, IL, NY, PA. INCORPORATED IN: Illinois.

### Hartford Insurance Company of the Midwest (NAIC #37478)
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497. UNDERWRITING LIMITATION b/: $16,806,000. SURETY LICENSES c,f/: AL, AK, AS, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

### Hartford Insurance Company of the Southeast (NAIC #38261) 4
BUSINESS ADDRESS: Hartford Plaza, Hartford, CT 06115. PHONE: (860) 547-4497. UNDERWRITING LIMITATION b/: $6,776,000. SURETY LICENSES c,f/: AS, CT, FL, GA, GU, KS, LA, MN, PA. INCORPORATED IN: Connecticut.

### IMT Insurance Company (Mutual) (NAIC #14257)
BUSINESS ADDRESS: P.O. Box 1336, Des Moines, IA 50305 - 1336. PHONE: (515) 327-2755. UNDERWRITING LIMITATION b/: $8,746,000. SURETY LICENSES c,f/: IL, IN, IA, MO, NE, SD, WI. INCORPORATED IN: Iowa.

### Indemnity Company of California (NAIC #25550)
BUSINESS ADDRESS: P.O. BOX 19725, IRVINE, CA 92623 - 9725. PHONE: (800) 782-1546. UNDERWRITING LIMITATION b/: $873,000. SURETY LICENSES c,f/: AK, AZ, CA, HI, ID, IN, NV, OR, SC, UT, VA, WA. INCORPORATED IN: California.

### Indemnity National Insurance Company (NAIC #18468)
BUSINESS ADDRESS: 4800 Old Kingston Pike, Knoxville, TN 37919. PHONE: (865) 934-4360. UNDERWRITING LIMITATION b/: $1,319,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, GA, KY, LA, MS, NV, NM, OK, SC, TN, TX, UT. INCORPORATED IN: Mississippi.

### Independence Casualty and Surety Company (NAIC #10024)
BUSINESS ADDRESS: P.O. BOX 85563, SAN DIEGO, CA 92186 - 5563. PHONE: (858) 350-2400. UNDERWRITING LIMITATION b/: $2,204,000. SURETY LICENSES c,f/: TX. INCORPORATED IN: Texas.

### Indiana Insurance Company (NAIC #22659)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221. UNDERWRITING LIMITATION b/: $29,668,000. SURETY LICENSES c,f/: FL, IL, IN, IA, KY, MI, MN, NJ, OH, TN, WA, WI. INCORPORATED IN: Indiana.

### Indiana Lumbermens Mutual Insurance Company (NAIC #14265)
BUSINESS ADDRESS: 3600 Woodview Trace , Indianapolis , IN 46268 - 0600. PHONE: (317) 875-3710. UNDERWRITING LIMITATION b/: $3,508,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

### Inland Insurance Company (NAIC #23264)
BUSINESS ADDRESS: P.O. Box 80468 , Lincoln , NE 68501. PHONE: (402) 435-4302. UNDERWRITING LIMITATION b/: $10,898,000. SURETY LICENSES c,f/: AZ, CO, IA, KS, MN, MO,

MT, NE, ND, OK, SD, WY. INCORPORATED IN: Nebraska.

## Insurance Company of the State of Pennsylvania (The) (NAIC #19429)

BUSINESS ADDRESS: 70 PINE STREET, NEW YORK, NY 10270. PHONE: (212) 458-7018.
UNDERWRITING LIMITATION b/: $63,425,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Pennsylvania.

## Insurance Company of the West (NAIC #27847)

BUSINESS ADDRESS: P.O. BOX 85563, SAN DIEGO, CA 92186 - 5563. PHONE: (858) 350-2400 x-
2634. UNDERWRITING LIMITATION b/: $34,257,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK,
OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: California.

## Insurors Indemnity Company (NAIC #43273)

BUSINESS ADDRESS: P.O. Box 2683 , Waco , TX 76702 - 2683. PHONE: (254) 759-3703 x-3727.
UNDERWRITING LIMITATION b/: $425,000. SURETY LICENSES c,f/: TX. INCORPORATED IN:
Texas.

## INTEGRAND ASSURANCE COMPANY (NAIC #26778)

BUSINESS ADDRESS: PO Box 70128 , San Juan , PR 00936 - 8128. PHONE: (787) 781-0707.
UNDERWRITING LIMITATION b/: $6,021,000. SURETY LICENSES c,f/: PR, VI. INCORPORATED IN:
Puerto Rico.

## International Fidelity Insurance Company (NAIC #11592) 5

BUSINESS ADDRESS: One Newark Center , Newark , NJ 07102 - 5207. PHONE: (973) 624-7200.
UNDERWRITING LIMITATION b/: $6,340,000. SURETY LICENSES c,f/: AL, AK, AS, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New Jersey.

## ISLAND INSURANCE COMPANY, LIMITED (NAIC #22845)

BUSINESS ADDRESS: P.O. Box 1520, Honolulu, HI 96806 - 1520. PHONE: (808) 564-8200.
UNDERWRITING LIMITATION b/: $10,815,000. SURETY LICENSES c,f/: HI. INCORPORATED IN:
Hawaii.

## Kansas Bankers Surety Company (The) (NAIC #15962)

BUSINESS ADDRESS: P. O. Box 1654, TOPEKA, KS 66601 - 1654. PHONE: (785) 228-0000.
UNDERWRITING LIMITATION b/: $11,931,000. SURETY LICENSES c,f/: AZ, AR, CO, DE, ID, IL, IN,
IA, KS, KY, LA, ME, MI, MN, MS, MO, MT, NE, NH, NM, ND, OH, OK, SD, TN, TX, VA, WA, WI, WY.
INCORPORATED IN: Kansas.

## Lexington Insurance Company (NAIC #19437)

BUSINESS ADDRESS: 100 Summer Street, Boston, MA 02110. PHONE: (212) 458-7018.
UNDERWRITING LIMITATION b/: $256,485,000. SURETY LICENSES c,f/: DE. INCORPORATED IN:
Delaware.

## LEXINGTON NATIONAL INSURANCE CORPORATION (NAIC #37940)

BUSINESS ADDRESS: 200 East Lexington Street, Suite 501, Baltimore, MD 21202. PHONE: (410)
625-0800. UNDERWRITING LIMITATION b/: $854,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, FL, GA, HI, ID, IN, IA, KS, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM,
NY, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WY. INCORPORATED IN: Maryland.

## Lexon Insurance Company (NAIC #13307)

BUSINESS ADDRESS: 10002 Shelbyville Rd, Suite 100, Louisville, KY 40223. PHONE: (502) 253-6568. UNDERWRITING LIMITATION b/: $3,309,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Texas.

## Liberty Insurance Corporation (NAIC #42404)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (617) 357-9500 x-41015. UNDERWRITING LIMITATION b/: $29,080,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

## Liberty Mutual Fire Insurance Company (NAIC #23035) 6
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (617) 357-9500 x-41015. UNDERWRITING LIMITATION b/: $82,997,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

## Liberty Mutual Insurance Company (NAIC #23043)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (617) 357-9500 x-41015. UNDERWRITING LIMITATION b/: $610,791,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Massachusetts.

## Lincoln General Insurance Company (NAIC #33855)
BUSINESS ADDRESS: P.O. BOX 3709, YORK, PA 17402 - 0136. PHONE: (847) 700-8500. UNDERWRITING LIMITATION b/: $14,469,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

## LM Insurance Corporation (NAIC #33600)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (617) 357-9500 x-41015. UNDERWRITING LIMITATION b/: $1,853,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Iowa.

## Lyndon Property Insurance Company (NAIC #35769)
BUSINESS ADDRESS: 14755 North Outer Forty Rd., Suite 400, St. Louis, MO 63017. PHONE: (800) 950-6060. UNDERWRITING LIMITATION b/: $16,324,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Missouri.

## Madison Insurance Company (NAIC #10702)
BUSINESS ADDRESS: 303 PEACHTREE STREET NE, SUITE 700, ATLANTA, GA 30308. PHONE: (404) 588-8344. UNDERWRITING LIMITATION b/: $7,180,000. SURETY LICENSES c,f/: DC, FL, GA, MD, TN, VA. INCORPORATED IN: Georgia.

## Massachusetts Bay Insurance Company (NAIC #22306)
BUSINESS ADDRESS: 440 Lincoln Street, Worcester, MA 01653. PHONE: (508) 853-7200 x-2075. UNDERWRITING LIMITATION b/: $2,340,000. SURETY LICENSES c,f/: AL, AR, CA, CO, CT, DC, FL,

GA, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, NE, NH, NJ, NY, NC, OH, OR, PA, RI, SC, TN, TX, VT, VA, WA, WI. INCORPORATED IN: New Hampshire.

### Merchants Bonding Company (Mutual) (NAIC #14494)
BUSINESS ADDRESS: 2100 Fleur Drive, Des Moines, IA 50321 - 1158. PHONE: (515) 243-8171. UNDERWRITING LIMITATION b/: $3,876,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Iowa.

### Michigan Millers Mutual Insurance Company (NAIC #14508)
BUSINESS ADDRESS: P. O. Box 30060, Lansing, MI 48909 - 7560. PHONE: (517) 482-6211 x-252. UNDERWRITING LIMITATION b/: $11,974,000. SURETY LICENSES c,f/: AZ, AR, CA, CO, ID, IL, IN, IA, KS, KY, MI, MN, MO, MT, NE, NY, NC, ND, OH, OK, OR, PA, SD, TN, VA, WA, WI. INCORPORATED IN: Michigan.

### Mid-Century Insurance Company (NAIC #21687)
BUSINESS ADDRESS: P.O. Box 2478 Terminal Annex, Los Angeles, CA 90051. PHONE: (805) 583-7000. UNDERWRITING LIMITATION b/: $48,301,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, FL, GA, ID, IL, IN, IA, KS, KY, MI, MN, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK, OR, PA, SD, TN, TX, UT, VT, VA, WA, WI, WY. INCORPORATED IN: California.

### MID-CONTINENT CASUALTY COMPANY (NAIC #23418)
BUSINESS ADDRESS: P.O. Box 1409, Tulsa, OK 74101. PHONE: (918) 587-7221. UNDERWRITING LIMITATION b/: $23,401,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, IL, IN, IA, KS, LA, MN, MS, MO, MT, NE, NM, NC, ND, OH, OK, SC, TN, TX, UT, VA, WA, WY. INCORPORATED IN: Oklahoma.

### MIDWESTERN INDEMNITY COMPANY (THE) (NAIC #23515) 7
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221. UNDERWRITING LIMITATION b/: $2,943,000. SURETY LICENSES c,f/: AL, GA, IL, IN, IA, KS, KY, MI, MN, MS, MO, NE, NJ, NY, NC, OH, PA, SC, TN, VA, WV, WI. INCORPORATED IN: Ohio.

### Minnesota Surety and Trust Company (NAIC #30996)
BUSINESS ADDRESS: PO Box 463, Austin, MN 55912. PHONE: (507) 437-3231. UNDERWRITING LIMITATION b/: $130,000. SURETY LICENSES c,f/: CO, MN, MT, ND, SD, UT. INCORPORATED IN: Minnesota.

### Motorists Mutual Insurance Company (NAIC #14621)
BUSINESS ADDRESS: 471 East Broad Street, Columbus, OH 43215. PHONE: (800) 876-6642. UNDERWRITING LIMITATION b/: $46,407,000. SURETY LICENSES c,f/: IN, KY, MI, OH, PA, WV. INCORPORATED IN: Ohio.

### Motors Insurance Corporation (NAIC #22012)
BUSINESS ADDRESS: 300 GALLERIA OFFICENTRE, SOUTHFIELD, MI 48034. PHONE: (248) 263-6900. UNDERWRITING LIMITATION b/: $250,109,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Michigan.

### Munich Re-Insurance America, Inc. (NAIC #10227)
BUSINESS ADDRESS: 555 COLLEGE ROAD EAST - P.O. BOX 5241, PRINCETON, NJ 08543. PHONE: (609) 243-4200. UNDERWRITING LIMITATION b/: $304,138,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Delaware.

### National American Insurance Company (NAIC #23663)
BUSINESS ADDRESS: P.O. Box 9 , Chandler , OK 74834. PHONE: (405) 258-0804. UNDERWRITING LIMITATION b/: $4,728,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Oklahoma.

### NATIONAL FARMERS UNION PROPERTY AND CASUALTY COMPANY (NAIC #16217)
BUSINESS ADDRESS: 5619 DTC PARKWAY, SUITE 300, GREENWOOD VILLAGE, CO 80111 - 3136. PHONE: (303) 338-2904. UNDERWRITING LIMITATION b/: $9,912,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Colorado.

### National Fire Insurance Company of Hartford (NAIC #20478) 8
BUSINESS ADDRESS: CNA CENTER, CHICAGO, IL 60685. PHONE: (877) 262-2727. UNDERWRITING LIMITATION b/: $17,086,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Illinois.

### National Grange Mutual Insurance Company (NAIC #14788) 9

### National Indemnity Company (NAIC #20087)
BUSINESS ADDRESS: 3024 Harney Street , Omaha , NE 68131 - 3580. PHONE: (402) 536-3000. UNDERWRITING LIMITATION b/: $2,872,039,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Nebraska.

### National Surety Corporation (NAIC #21881)
BUSINESS ADDRESS: 777 San Marin Drive, Novato, CA 94998. PHONE: (800) 243-9622. UNDERWRITING LIMITATION b/: $17,004,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

### National Union Fire Insurance Company of Pittsburgh, PA (NAIC #19445)
BUSINESS ADDRESS: 70 PINE STREET, NEW YORK, NY 10270. PHONE: (212) 458-7018. UNDERWRITING LIMITATION b/: $632,477,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

### NATIONS BONDING COMPANY (NAIC #11595)
BUSINESS ADDRESS: 2100 Fleur Drive, Des Moines, IA 50321 - 1158. PHONE: (515) 243-8171. UNDERWRITING LIMITATION b/: $264,000. SURETY LICENSES c,f/: PA, TX. INCORPORATED IN: Texas.

### Nationwide Mutual Insurance Company (NAIC #23787)
BUSINESS ADDRESS: ONE NATIONWIDE PLAZA, COLUMBUS, OH 43215 - 2220. PHONE: (877) 669-6877. UNDERWRITING LIMITATION b/: $778,035,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Ohio.

## NAVIGATORS INSURANCE COMPANY (NAIC #42307)
BUSINESS ADDRESS: 6 International Drive, Rye Brook, NY 10573. PHONE: (914) 934-8999.
UNDERWRITING LIMITATION b/: $35,648,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, DE,
DC, FL, GA, HI, ID, IL, IN, IA, KS, LA, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND,
OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

## Netherlands Insurance Company (The) (NAIC #24171)
BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221.
UNDERWRITING LIMITATION b/: $5,222,000. SURETY LICENSES c,f/: AZ, AR, CA, CO, CT, DE, DC,
GA, ID, IL, IN, IA, KS, LA, ME, MD, MA, MI, MN, MO, NE, NV, NH, NJ, NY, NC, OH, OK, PA, RI, SC,
TN, TX, UT, VT, VA, WA, WI. INCORPORATED IN: New Hampshire.

## New Hampshire Insurance Company (NAIC #23841)
BUSINESS ADDRESS: 70 Pine Street, New York, NY 10270. PHONE: (212) 458-7018.
UNDERWRITING LIMITATION b/: $86,711,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY.
INCORPORATED IN: Pennsylvania.

## NGM Insurance Company (NAIC #14788) 9
BUSINESS ADDRESS: 55 WEST STREET, KEENE, NH 03431. PHONE: (877) 927-5672.
UNDERWRITING LIMITATION b/: $36,795,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, CT, DE,
DC, FL, GA, ID, IL, IN, IA, KS, KY, ME, MD, MA, MI, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH,
OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Florida.

## NORTH AMERICAN SPECIALTY INSURANCE COMPANY (NAIC #29874)
BUSINESS ADDRESS: 650 ELM STREET, MANCHESTER, NH 03101. PHONE: (603) 644-6600.
UNDERWRITING LIMITATION b/: $15,381,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New Hampshire.

## NORTH POINTE INSURANCE COMPANY (NAIC #27740)
BUSINESS ADDRESS: P.O. Box 2223, Southfield, MI 48037 - 2223. PHONE: (248) 358-1171 x-146.
UNDERWRITING LIMITATION b/: $4,386,000. SURETY LICENSES c,f/: DE, GA, IL, IN, IA, KS, KY,
MD, MI, NE, NJ, OH, PA, SD, TN. INCORPORATED IN: Michigan.

## NORTHWESTERN PACIFIC INDEMNITY COMPANY (NAIC #20338)
BUSINESS ADDRESS: 15 Mountain View Road, P.O. Box 1615, Warren, NJ 07061 - 1615. PHONE:
(908) 903-5150. UNDERWRITING LIMITATION b/: $1,310,000. SURETY LICENSES c,f/: CA, OK,
OR, TX, WV. INCORPORATED IN: Oregon.

## NOVA Casualty Company (NAIC #42552)
BUSINESS ADDRESS: Suite 1020, 726 Exchange Street, Buffalo, NY 14210. PHONE: (716) 856-
3722. UNDERWRITING LIMITATION b/: $5,269,000. SURETY LICENSES c,f/: AL, AZ, DC, FL, GA,
IL, IN, IA, KY, LA, ME, MI, MS, NV, NY, ND, OH, OK, PA, SC, SD, TN, UT, VT, VA, WA.
INCORPORATED IN: New York.

## Ohio Casualty Insurance Company (The) (NAIC #24074)
BUSINESS ADDRESS: 9450 Seward Road , Fairfield , OH 45014. PHONE: (513) 603-2400.
UNDERWRITING LIMITATION b/: $76,937,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ,
NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Ohio.

### Ohio Farmers Insurance Company (NAIC #24104)
BUSINESS ADDRESS: P. O. Box 5001 , Westfield Center , OH 44251 - 5001. PHONE: (330) 887-0980. UNDERWRITING LIMITATION b/: $100,749,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL, GA, IL, IN, IA, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### Ohio Indemnity Company (NAIC #26565)
BUSINESS ADDRESS: 250 East Broad Street, 10th Floor , Columbus , OH 43215. PHONE: (614) 220-5207. UNDERWRITING LIMITATION b/: $3,478,000. SURETY LICENSES c,f/: AL, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### Oklahoma Surety Company (NAIC #23426)
BUSINESS ADDRESS: P.O. Box 1409, Tulsa, OK 74101. PHONE: (918) 587-7221. UNDERWRITING LIMITATION b/: $877,000. SURETY LICENSES c,f/: AR, KS, LA, OK, TX, VA. INCORPORATED IN: Oklahoma.

### OLD DOMINION INSURANCE COMPANY (NAIC #40231)
BUSINESS ADDRESS: 55 WEST STREET, KEENE, NH 03431. PHONE: (877) 927-5672. UNDERWRITING LIMITATION b/: $2,006,000. SURETY LICENSES c,f/: DE, FL, GA, MD, SC, VA. INCORPORATED IN: Florida.

### Old Republic General Insurance Corporation (NAIC #24139)
BUSINESS ADDRESS: 307 NORTH MICHIGAN AVENUE, CHICAGO, IL 60601. PHONE: (312) 346-8100. UNDERWRITING LIMITATION b/: $16,725,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

### Old Republic Insurance Company (NAIC #24147)
BUSINESS ADDRESS: 133 Oakland Avenue, P.O. Box 789, Greensburg, PA 15601 - 0789. PHONE: (724) 834-5000. UNDERWRITING LIMITATION b/: $78,368,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

### Old Republic Surety Company (NAIC #40444)
BUSINESS ADDRESS: P.O. BOX 1635, MILWAUKEE, WI 53201. PHONE: (262) 797-2640 x-654. UNDERWRITING LIMITATION b/: $3,960,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, DC, FL, GA, ID, IL, IN, IA, KS, MD, MN, MS, MO, MT, NE, NV, NM, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

### OneBeacon America Insurance Company (NAIC #20621)
BUSINESS ADDRESS: ONE BEACON STREET, BOSTON, MA 02108 - 3100. PHONE: (508) 549-9577. UNDERWRITING LIMITATION b/: $46,225,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Massachusetts.

### OneBeacon Insurance Company (NAIC #21970)
BUSINESS ADDRESS: One Beacon Street, Boston, MA 02108 - 3100. PHONE: (508) 549-9577. UNDERWRITING LIMITATION b/: $94,576,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

INCORPORATED IN: Pennsylvania.

## Pacific Indemnity Company (NAIC #20346)

BUSINESS ADDRESS: 15 MOUNTAIN VIEW ROAD, P.O. BOX 1615, WARREN, NJ 07061 - 1615. PHONE: (908) 903-5150. UNDERWRITING LIMITATION b/: $127,923,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

## PACIFIC INDEMNITY INSURANCE COMPANY (NAIC #18380)

BUSINESS ADDRESS: 348 WEST O'BRIEN DRIVE, HAGATNA, GU 96932. PHONE: (671) 472-8834. UNDERWRITING LIMITATION b/: $352,000. SURETY LICENSES c,f/: GU. INCORPORATED IN: Guam.

## PARTNER REINSURANCE COMPANY OF THE U.S. (NAIC #38636)

BUSINESS ADDRESS: ONE GREENWICH PLAZA, GREENWICH, CT 06830 - 6352. PHONE: (203) 485-4287. UNDERWRITING LIMITATION b/: $46,771,000. SURETY LICENSES c,f/: AL, AK, AZ, CA, CO, DC, IL, KS, MI, MS, NE, NY, TX, UT, WV. INCORPORATED IN: New York.

## PARTNERRE INSURANCE COMPANY OF NEW YORK (NAIC #10006)

BUSINESS ADDRESS: One Greenwich Plaza, Greenwich, CT 06830 - 6352. PHONE: (203) 485-4287. UNDERWRITING LIMITATION b/: $9,791,000. SURETY LICENSES c,f/: AL, AZ, CA, CO, DE, DC, ID, IL, IN, IA, KS, KY, MD, MI, MN, MS, MT, NE, NJ, NM, NY, ND, OH, OK, OR, PA, RI, SC, SD, TX, UT, VT, WA, WV, WI. INCORPORATED IN: New York.

## Peerless Indemnity Insurance Company (NAIC #18333)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (630) 505-1442. UNDERWRITING LIMITATION b/: $54,693,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, DE, GA, IL, IN, IA, KS, KY, LA, ME, MD, MI, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI. INCORPORATED IN: Illinois.

## Peerless Insurance Company (NAIC #24198)

BUSINESS ADDRESS: 175 Berkeley Street, Boston, MA 02117. PHONE: (603) 352-3221. UNDERWRITING LIMITATION b/: $44,030,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New Hampshire.

## Pekin Insurance Company (NAIC #24228)

BUSINESS ADDRESS: 2505 COURT STREET, PEKIN, IL 61558. PHONE: (309) 346-1161 x-2499. UNDERWRITING LIMITATION b/: $7,729,000. SURETY LICENSES c,f/: IL, IN, IA, MI, OH, WI. INCORPORATED IN: Illinois.

## Penn Millers Insurance Company (NAIC #14982)

BUSINESS ADDRESS: P.O. BOX P, WILKES-BARRE, PA 18773 - 0016. PHONE: (570) 822-8111. UNDERWRITING LIMITATION b/: $4,722,000. SURETY LICENSES c,f/: AL, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NJ, NY, NC, OH, OR, PA, RI, SC, TN, TX, VT, VA, WA, WI. INCORPORATED IN: Pennsylvania.

## Pennsylvania General Insurance Company (NAIC #21962)

BUSINESS ADDRESS: ONE BEACON STREET, BOSTON, MA 02108 - 3100. PHONE: (508) 549-9577. UNDERWRITING LIMITATION b/: $20,748,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, GA, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Pennsylvania.

## Pennsylvania National Mutual Casualty Insurance Company (NAIC #14990)

BUSINESS ADDRESS: P. O. Box 2361, Harrisburg, PA 17105 - 2361. PHONE: (717) 234-4941 x-6814. UNDERWRITING LIMITATION b/: $33,675,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI. INCORPORATED IN: Pennsylvania.

## PHILADELPHIA INDEMNITY INSURANCE COMPANY (NAIC #18058)

BUSINESS ADDRESS: One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004. PHONE: (610) 617-7900 x-7680. UNDERWRITING LIMITATION b/: $59,578,000. SURETY LICENSES c,f/: AL, AK, CA, CO, DE, DC, HI, ID, IL, IN, IA, KY, MD, MA, MN, MS, MO, MT, NE, NV, NH, NJ, NC, ND, OH, OK, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI. INCORPORATED IN: Pennsylvania.

## Pioneer General Insurance Company (NAIC #12670)

BUSINESS ADDRESS: 6780 EAST HAMPDEN AVENUE, DENVER, CO 80224. PHONE: (303) 758-8122. UNDERWRITING LIMITATION b/: $563,000. SURETY LICENSES c,f/: AZ, CO, KS, MO, MT, NE, NM, UT, WY. INCORPORATED IN: Colorado.

## PLATTE RIVER INSURANCE COMPANY (NAIC #18619)

BUSINESS ADDRESS: P.O. Box 5900, Madison, WI 53705 - 0900. PHONE: (608) 829-4810. UNDERWRITING LIMITATION b/: $3,348,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Nebraska.

## Progressive Casualty Insurance Company (NAIC #24260)

BUSINESS ADDRESS: 6300 WILSON MILLS ROAD, W33, MAYFIELD VILLAGE, OH 44143 - 2182. PHONE: (800) 776-4737. UNDERWRITING LIMITATION b/: $165,398,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

## Protective Insurance Company (NAIC #12416)

BUSINESS ADDRESS: 1099 North Meridian Street , Indianapolis , IN 46204. PHONE: (317) 636-9800 x-288. UNDERWRITING LIMITATION b/: $23,556,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

## Republic - Franklin Insurance Company (NAIC #12475)

BUSINESS ADDRESS: P. O. Box 530, Utica, NY 13503 - 0530. PHONE: (315) 734-2413. UNDERWRITING LIMITATION b/: $3,165,000. SURETY LICENSES c,f/: CT, DE, DC, GA, IL, IN, KS, MD, MA, MI, NJ, NY, NC, OH, PA, RI, TN, TX, VA, WI. INCORPORATED IN: Ohio.

## RLI Indemnity Company (NAIC #28860)

BUSINESS ADDRESS: 9025 N. Lindbergh Drive, Peoria, IL 61615. PHONE: (309) 692-1000 x-5550. UNDERWRITING LIMITATION b/: $3,404,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Illinois.

## RLI Insurance Company (NAIC #13056)

BUSINESS ADDRESS: 9025 N. Lindbergh Drive, Peoria, IL 61615. PHONE: (309) 692-1000 x-5550. UNDERWRITING LIMITATION b/: $65,651,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.

INCORPORATED IN: Illinois.

### Roche Surety and Casualty Company, Inc. (NAIC #42706)
BUSINESS ADDRESS: 1910 Orient Road, Tampa, FL 33619. PHONE: (813) 623-5042.
UNDERWRITING LIMITATION b/: $515,000. SURETY LICENSES c,f/: AZ, AR, DE, FL, GA, ID, IN,
KS, LA, MD, MI, MN, MO, MT, NE, NV, NJ, OK, SC, SD, TN, TX, VA, WA. INCORPORATED IN:
Florida.

### SAFECO Insurance Company of America (NAIC #24740)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226.
UNDERWRITING LIMITATION b/: $119,787,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Washington.

### Safety National Casualty Corporation (NAIC #15105)
BUSINESS ADDRESS: 2043 Woodland Parkway, St. Louis, MO 63146. PHONE: (314) 995-5300 x-
200. UNDERWRITING LIMITATION b/: $35,912,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Missouri.

### Sagamore Insurance Company (NAIC #40460)
BUSINESS ADDRESS: 1099 North Meridian Street, Indianapolis, IN 46204. PHONE: (317) 636-
9800 x-307. UNDERWRITING LIMITATION b/: $9,492,000. SURETY LICENSES c,f/: AL, AK, AZ, CO,
CT, DE, GA, HI, ID, IL, IN, IA, KS, KY, ME, MD, MA, MN, MS, MO, MT, NE, NM, NY, NC, OH, OR, PA,
RI, SC, SD, TN, TX, UT, VT, WA, WV, WI, WY. INCORPORATED IN: Indiana.

### Seaboard Surety Company (NAIC #22535)
BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183. PHONE: (860) 277-1561.
UNDERWRITING LIMITATION b/: $12,415,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI,
WY. INCORPORATED IN: New York.

### SECURA INSURANCE, A Mutual Company (NAIC #22543)
BUSINESS ADDRESS: P.O. Box 819 , Appleton , WI 54912 - 0819. PHONE: (920) 739-3161.
UNDERWRITING LIMITATION b/: $17,930,000. SURETY LICENSES c,f/: AZ, CO, IL, IN, IA, KS, MI,
MN, MO, ND, PA, WI. INCORPORATED IN: Wisconsin.

### Selective Insurance Company of America (NAIC #12572)
BUSINESS ADDRESS: 40 WANTAGE AVENUE, BRANCHVILLE, NJ 07890. PHONE: (973) 948-3000.
UNDERWRITING LIMITATION b/: $51,967,000. SURETY LICENSES c,f/: AL, AK, AR, CT, DE, DC,
GA, IL, IN, IA, KS, KY, MD, MA, MI, MN, MS, MO, MT, NE, NJ, NY, NC, ND, OH, OR, PA, RI, SC, SD,
TN, TX, VA, WA, WV, WI, WY. INCORPORATED IN: New Jersey.

### Seneca Insurance Company, Inc. (NAIC #10936)
BUSINESS ADDRESS: 160 Water Street, New York, NY 10038 - 4922. PHONE: (212) 344-3000.
UNDERWRITING LIMITATION b/: $10,565,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,
CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,
NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: New York.

### Sentry Insurance A Mutual Company (NAIC #24988)
BUSINESS ADDRESS: 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481 - 8020. PHONE:

(715) 346-7527. UNDERWRITING LIMITATION b/: $231,902,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

### Sentry Select Insurance Company (NAIC #21180)
BUSINESS ADDRESS: 1800 NORTH POINT DRIVE, STEVENS POINT, WI 54481 - 8020. PHONE: (715) 346-7527. UNDERWRITING LIMITATION b/: $17,423,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Wisconsin.

### SERVICE INSURANCE COMPANY (NAIC #36560)
BUSINESS ADDRESS: P.O. Box 9729, Bradenton, FL 34206 - 9729. PHONE: (800) 780-8423 x-1021. UNDERWRITING LIMITATION b/: $1,045,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, DE, DC, FL, GA, HI, ID, IN, IA, KS, KY, LA, ME, MI, MS, MO, MT, NE, NV, NM, NC, ND, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI. INCORPORATED IN: Florida.

### SERVICE INSURANCE COMPANY INC. (THE) (NAIC #28240)
BUSINESS ADDRESS: 80 Main Street, West Orange, NJ 07052. PHONE: (973) 731-7650. UNDERWRITING LIMITATION b/: $265,000. SURETY LICENSES c,f/: CT, DE, NJ, NY, PA. INCORPORATED IN: New Jersey.

### St. Paul Fire and Marine Insurance Company (NAIC #24767)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $434,879,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Minnesota.

### ST. PAUL GUARDIAN INSURANCE COMPANY (NAIC #24775)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (800) 356-4098. UNDERWRITING LIMITATION b/: $1,405,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Minnesota.

### St. Paul Mercury Insurance Company (NAIC #24791)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (800) 356-4098. UNDERWRITING LIMITATION b/: $2,513,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Minnesota.

### Standard Fire Insurance Company (The) (NAIC #19070)
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $100,377,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

### Star Insurance Company (NAIC #18023)
BUSINESS ADDRESS: 26255 American Drive, Southfield, MI 48034. PHONE: (800) 482-2726. UNDERWRITING LIMITATION b/: $14,114,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH,

NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Michigan.

### State Auto Property and Casualty Insurance Company (NAIC #25127)
BUSINESS ADDRESS: 518 EAST BROAD STREET, COLUMBUS, OH 43215. PHONE: (614) 464-5000
x-5017. UNDERWRITING LIMITATION b/: $47,385,000. SURETY LICENSES c,f/: AL, AZ, AR, DC,
FL, GA, IL, IN, IA, KS, KY, MD, MI, MN, MS, MO, MT, NE, NC, ND, OH, OK, PA, SC, SD, TN, UT, VA,
WV, WI, WY. INCORPORATED IN: South Carolina.

### State Automobile Mutual Insurance Company (NAIC #25135)
BUSINESS ADDRESS: 518 EAST BROAD STREET, COLUMBUS, OH 43215 - 3976. PHONE: (614)
464-5000 x-5017. UNDERWRITING LIMITATION b/: $108,957,000. SURETY LICENSES c,f/: AL, AZ,
AR, CO, DC, FL, GA, IL, IN, IA, KS, KY, MD, MI, MN, MS, MO, MT, NE, NC, ND, OH, OK, PA, SC, SD,
TN, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### State Farm Fire and Casualty Company (NAIC #25143)
BUSINESS ADDRESS: ONE STATE FARM PLAZA, BLOOMINGTON, IL 61710. PHONE: (309) 766-
6393. UNDERWRITING LIMITATION b/: $766,666,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA,
CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV,
NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY.
INCORPORATED IN: Illinois.

### Stonebridge Casualty Insurance Company (NAIC #10952)
BUSINESS ADDRESS: 520 Park Avenue, Baltimore, MD 21201. PHONE: (800) 527-9027.
UNDERWRITING LIMITATION b/: $6,982,000. SURETY LICENSES c,f/: AL, AZ, CO, DC, GA, HI, ID,
IL, IN, IA, KY, ME, MD, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, OH, OK, OR, PA, RI, SD, TX,
UT, VT, VA, WA, WV, WI. INCORPORATED IN: Ohio.

### Suretec Insurance Company (NAIC #10916)
BUSINESS ADDRESS: 952 Echo Lane, Suite 450, Houston, TX 77024. PHONE: (713) 812-0800.
UNDERWRITING LIMITATION b/: $2,117,000. SURETY LICENSES c,f/: CA, TX. INCORPORATED IN:
Texas.

### SURETY BONDING COMPANY OF AMERICA (NAIC #24047)
BUSINESS ADDRESS: P.O. Box 5111, Sioux Falls, SD 57117 - 5111. PHONE: (800) 331-6053.
UNDERWRITING LIMITATION b/: $678,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, DE, DC,
GA, ID, IL, IN, KS, MN, MO, MT, NE, NV, NM, NY, ND, OK, OR, SC, SD, TN, TX, UT, WV, WY.
INCORPORATED IN: South Dakota.

### Surety Company of the Pacific (NAIC #12793)
BUSINESS ADDRESS: P.O. Box 10289, Van Nuys, CA 91410. PHONE: (818) 609-9232.
UNDERWRITING LIMITATION b/: $429,000. SURETY LICENSES c,f/: CA. INCORPORATED IN:
California.

### Swiss Reinsurance America Corporation (NAIC #25364)
BUSINESS ADDRESS: 175 KING STREET, ARMONK, NY 10504. PHONE: (914) 828-8000.
UNDERWRITING LIMITATION b/: $258,001,000. SURETY LICENSES c,f/: AL, AK, AZ, CA, CO, CT,
DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NH, NJ, NM,
NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WI. INCORPORATED IN:
New York.

### TEXAS PACIFIC INDEMNITY COMPANY (NAIC #20389)
BUSINESS ADDRESS: 15 Mountain View Road., P.O. Box 1615, Warren, NJ 07061 - 1615. PHONE:
(908) 903-5150. UNDERWRITING LIMITATION b/: $420,000. SURETY LICENSES c,f/: AR, TX.
INCORPORATED IN: Texas.

**TRANSATLANTIC REINSURANCE COMPANY (NAIC #19453)** BUSINESS ADDRESS: 80 PINE STREET, NEW YORK, NY 10005. PHONE: (212) 770-2000. UNDERWRITING LIMITATION b/: $261,800,000. SURETY LICENSES c,f/: AK, AZ, AR, CA, CO, DE, DC, GA, ID, IL, IN, IA, KS, KY, LA, MI, MN, MS, NE, NV, NJ, NM, NY, OH, OK, PA, SD, UT, WA, WI. INCORPORATED IN: New York.

**Travelers Casualty and Surety Company (NAIC #19038)**
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $263,172,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

**Travelers Casualty and Surety Company of America (NAIC #31194)**
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $85,687,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

**Travelers Casualty Insurance Company of America (NAIC #19046)**
BUSINESS ADDRESS: One Tower Square, Hartford, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $39,332,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

**Travelers Indemnity Company (The) (NAIC #25658)**
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $594,031,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Connecticut.

**Trinity Universal Insurance Company (NAIC #19887)**
BUSINESS ADDRESS: P.O. BOX 655028, DALLAS, TX 75265 - 5028. PHONE: (800) 926-1887. UNDERWRITING LIMITATION b/: $115,296,000. SURETY LICENSES c,f/: AL, AZ, AR, CA, CO, GA, ID, IL, IN, IA, KS, KY, LA, MI, MS, MO, MT, NE, NM, OH, OK, OR, TN, TX, UT, WA, WI, WY. INCORPORATED IN: Texas.

**U.S. Specialty Insurance Company (NAIC #29599)**
BUSINESS ADDRESS: 13403 NORTHWEST FREEWAY, HOUSTON, TX 77040 - 6094. PHONE: (713) 744-3700. UNDERWRITING LIMITATION b/: $16,094,000. SURETY LICENSES c,f/: AL, AK, AR, CA, CO, DC, FL, HI, ID, IL, KS, KY, LA, MD, MI, MS, MT, NE, NV, NM, NY, ND, OK, PA, RI, SD, TN, TX, UT, VT, VA, WA, WV, WY. INCORPORATED IN: Texas.

**Union Insurance Company (NAIC #25844)**
BUSINESS ADDRESS: P.O. Box 1594, Des Moines, IA 50306 - 1594. PHONE: (515) 278-3000. UNDERWRITING LIMITATION b/: $2,527,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, GA, ID, IL, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NH, NM, NY, NC, ND, OH, OK, OR, PA, SC, SD, TN, TX, UT, VA, WA, WI, WY. INCORPORATED IN: Nebraska.

**UNITED CASUALTY AND SURETY INSURANCE COMPANY (NAIC #36226)**
BUSINESS ADDRESS: 170 Milk Street, Boston, MA 02109. PHONE: (617) 542-3232 x-109. UNDERWRITING LIMITATION b/: $320,000. SURETY LICENSES c,f/: DC, FL, MA, NJ, NY, ND, PA. INCORPORATED IN: Massachusetts.

### United Fire & Casualty Company (NAIC #13021)
BUSINESS ADDRESS: P. O. BOX 73909, CEDAR RAPIDS, IA 52407 - 3909. PHONE: (319) 399-5700. UNDERWRITING LIMITATION b/: $38,314,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MI, MN, MS, MO, MT, NE, NV, NM, NY, NC, ND, OH, OK, OR, SC, SD, TN, TX, UT, WA, WV, WI, WY. INCORPORATED IN: Iowa.

### UNITED FIRE & INDEMNITY COMPANY (NAIC #19496)
BUSINESS ADDRESS: P.O. BOX 73909, CEDAR RAPIDS, IA 52407 - 3909. PHONE: (409) 766-4600. UNDERWRITING LIMITATION b/: $993,000. SURETY LICENSES c,f/: AL, CO, IN, KY, LA, MS, MO, NM, TX. INCORPORATED IN: Texas.

### United States Fidelity and Guaranty Company (NAIC #25887)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $201,060,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Maryland.

### United States Fire Insurance Company (NAIC #21113)
BUSINESS ADDRESS: 305 Madison Avenue, Morristown, NJ 07962. PHONE: (973) 490-6473. UNDERWRITING LIMITATION b/: $94,518,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Delaware.

### United States Surety Company (NAIC #10656)
BUSINESS ADDRESS: P. O. Box 5605, Timonium, MD 21094 - 5605. PHONE: (410) 453-9522. UNDERWRITING LIMITATION b/: $2,688,000. SURETY LICENSES c,f/: DE, DC, FL, GA, ME, MD, MA, NJ, NC, OH, PA, RI, SC, TN, VT, VA, WV. INCORPORATED IN: Maryland.

### UNITED SURETY AND INDEMNITY COMPANY (NAIC #44423)
BUSINESS ADDRESS: P.O. BOX 2111, SAN JUAN, PR 00922 - 2111. PHONE: (787) 273-1818. UNDERWRITING LIMITATION b/: $4,500,000. SURETY LICENSES c,f/: PR. INCORPORATED IN: Puerto Rico.

### UNIVERSAL INSURANCE COMPANY (NAIC #31704)
BUSINESS ADDRESS: GPO BOX 71338, SAN JUAN, PR 00936. PHONE: (787) 706-7150. UNDERWRITING LIMITATION b/: $16,698,000. SURETY LICENSES c,f/: PR. INCORPORATED IN: Puerto Rico.

### Universal Surety Company (NAIC #25933)
BUSINESS ADDRESS: P.O.Box 80468 , Lincoln , NE 68501. PHONE: (402) 435-4302. UNDERWRITING LIMITATION b/: $8,290,000. SURETY LICENSES c,f/: AZ, AR, CO, ID, IL, IA, KS, MI, MN, MO, MT, NE, NM, ND, OH, OK, OR, SD, UT, WA, WI, WY. INCORPORATED IN: Nebraska.

### UNIVERSAL UNDERWRITERS INSURANCE COMPANY (NAIC #41181)
BUSINESS ADDRESS: 7045 COLLEGE BOULEVARD, OVERLAND PARK, KS 66211. PHONE: (913) 339-1000. UNDERWRITING LIMITATION b/: $50,581,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Kansas.

### Utica Mutual Insurance Company (NAIC #25976)
BUSINESS ADDRESS: POST OFFICE BOX 530, UTICA, NY 13503 - 0530. PHONE: (800) 274-1914 x-2943. UNDERWRITING LIMITATION b/: $55,827,000. SURETY LICENSES c,f/: AL, AK, AZ, AR,

CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

### VAN TOL SURETY COMPANY, INCORPORATED (NAIC #30279)
BUSINESS ADDRESS: 424 Fifth Street, Brookings, SD 57006. PHONE: (605) 692-6294. UNDERWRITING LIMITATION b/: $362,000. SURETY LICENSES c,f/: SD. INCORPORATED IN: South Dakota.

### VICTORE INSURANCE COMPANY (NAIC #28517)
BUSINESS ADDRESS: 4334 N.W. Expressway, Suite 151, Oklahoma City, OK 73116 - 1574. PHONE: (405) 767-1151. UNDERWRITING LIMITATION b/: $178,000. SURETY LICENSES c,f/: OK, TX. INCORPORATED IN: Oklahoma.

### Vigilant Insurance Company (NAIC #20397)
BUSINESS ADDRESS: 15 Mountain View Road, P.O. Box 1615 , Warren , NJ 07061 - 1615. PHONE: (908) 903-5150. UNDERWRITING LIMITATION b/: $12,109,000. SURETY LICENSES c,f/: AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: New York.

### Washington International Insurance Company (NAIC #32778)
BUSINESS ADDRESS: 1200 ARLINGTON HEIGHTS ROAD, SUITE 400, ITASCA, IL 60143. PHONE: (630) 227-4700. UNDERWRITING LIMITATION b/: $4,198,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Arizona.

### West American Insurance Company (NAIC #44393)
BUSINESS ADDRESS: 9450 Seward Road , Fairfield , OH 45014. PHONE: (513) 603-2400. UNDERWRITING LIMITATION b/: $19,969,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, WA, WV, WI, WY. INCORPORATED IN: Indiana.

### WEST BEND MUTUAL INSURANCE COMPANY (NAIC #15350)
BUSINESS ADDRESS: 1900 South 18th Avenue, West Bend, WI 53095. PHONE: (262) 334-5571 x-6523. UNDERWRITING LIMITATION b/: $42,362,000. SURETY LICENSES c,f/: IL, IN, IA, MI, MN, OH, WI. INCORPORATED IN: Wisconsin.

### Westchester Fire Insurance Company (NAIC #21121)
BUSINESS ADDRESS: 436 WALNUT STREET, P.O. BOX 1000, Philadelphia, PA 19106. PHONE: (215) 640-4551. UNDERWRITING LIMITATION b/: $54,002,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

### Western Insurance Company (NAIC #10008)
BUSINESS ADDRESS: P.O. BOX 21030, RENO, NV 89515. PHONE: (775) 829-6650. UNDERWRITING LIMITATION b/: $1,302,000. SURETY LICENSES c,f/: AZ, CA, CO, ID, NV, NM, TX, UT. INCORPORATED IN: Nevada.

### Western Surety Company (NAIC #13188)
BUSINESS ADDRESS: P.O. Box 5077, Sioux Falls, SD 57117 - 5077. PHONE: (800) 331-6053. UNDERWRITING LIMITATION b/: $26,837,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO,

CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: South Dakota.

### Westfield Insurance Company (NAIC #24112)
BUSINESS ADDRESS: P. O. Box 5001 , Westfield Center , OH 44251 - 5001. PHONE: (330) 887-0980. UNDERWRITING LIMITATION b/: $57,988,000. SURETY LICENSES c,f/: AL, AZ, AR, CO, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Ohio.

### Westfield National Insurance Company (NAIC #24120)
BUSINESS ADDRESS: P. O. Box 5001 , Westfield Center , OH 44251 - 5001. PHONE: (330) 887-0980. UNDERWRITING LIMITATION b/: $14,315,000. SURETY LICENSES c,f/: AZ, CA, FL, GA, IL, IN, IA, KY, MI, MN, ND, OH, PA, SD, TN, TX, WV, WI. INCORPORATED IN: Ohio.

### Westport Insurance Corporation (NAIC #34207)
BUSINESS ADDRESS: P.O. BOX 2991, OVERLAND PARK, KS 66202 - 1391. PHONE: (913) 676-5200. UNDERWRITING LIMITATION b/: $27,123,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: Missouri.

### XL Reinsurance America Inc. (NAIC #20583)
BUSINESS ADDRESS: Seaview House, 70 Seaview Avenue, Stamford, CT 06902 - 6040. PHONE: (203) 964-3466. UNDERWRITING LIMITATION b/: $141,076,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY. INCORPORATED IN: New York.

### XL Specialty Insurance Company (NAIC #37885)
BUSINESS ADDRESS: Seaview House, 70 Seaview Avenue, Stamford, CT 06902 - 6040. PHONE: (203) 964-3466. UNDERWRITING LIMITATION b/: $14,223,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: Delaware.

### Zurich American Insurance Company (NAIC #16535)
BUSINESS ADDRESS: 1400 AMERICAN LANE, TOWER I, 19TH FLOOR, SCHAUMBURG, IL 60196 - 1056. PHONE: (800) 382-2150. UNDERWRITING LIMITATION b/: $444,663,000. SURETY LICENSES c,f/: AL, AK, AZ, AR, CA, CO, CT, DE, DC, FL, GA, GU, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, PR, RI, SC, SD, TN, TX, UT, VT, VA, VI, WA, WV, WI, WY. INCORPORATED IN: New York.

Return to the top

## Certified Reinsurer Companies

COMPANIES HOLDING CERTIFICATES OF AUTHORITY AS ACCEPTABLE REINSURING COMPANIES UNDER SECTION 223.3 (b) OF TREASURY CIRCULAR NO. 297, REVISED SEPTEMBER 1, 1978 [See Note (e)]

### Clearwater Insurance Company (NAIC #25070)
BUSINESS ADDRESS: 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902. PHONE: (203) 977-8024. UNDERWRITING LIMITATION b/: $60,293,000.

### GE Reinsurance Corporation (NAIC #22969)
BUSINESS ADDRESS: 5200 METCALF - PO BOX 2991, OVERLAND PARK, KS 66202. PHONE: (847) 277-5437. UNDERWRITING LIMITATION b/: $104,145,000.

### NATIONAL REINSURANCE CORPORATION (NAIC #34835)
BUSINESS ADDRESS: 695 East Main Street, Stamford, CT 06901 - 2141. PHONE: (203) 328-6463. UNDERWRITING LIMITATION b/: $66,863,000.

### Odyssey America Reinsurance Corporation (NAIC #23680)
BUSINESS ADDRESS: 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902. PHONE: (203) 977-8019. UNDERWRITING LIMITATION b/: $146,836,000.

### Phoenix Insurance Company (The) (NAIC #25623)
BUSINESS ADDRESS: ONE TOWER SQUARE, HARTFORD, CT 06183 - 6014. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $101,980,000.

### PLATINUM UNDERWRITERS REINSURANCE, INC. (NAIC #10357)
BUSINESS ADDRESS: 2 WFC, Suite 2300, 225 Liberty Street, New York, NY 10281. PHONE: (212) 238-9600. UNDERWRITING LIMITATION b/: $44,721,000.

### SAFECO Insurance Company of Illinois (NAIC #39012)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226. UNDERWRITING LIMITATION b/: $17,382,000.

### SAFECO National Insurance Company (NAIC #24759)
BUSINESS ADDRESS: SAFECO PLAZA, SEATTLE, WA 98185. PHONE: (800) 332-3226. UNDERWRITING LIMITATION b/: $7,888,000.

### ST. PAUL PROTECTIVE INSURANCE COMPANY (NAIC #19224)
BUSINESS ADDRESS: 385 Washington Street, St. Paul, MN 55102. PHONE: (860) 277-1561. UNDERWRITING LIMITATION b/: $21,647,000.

Return to the top

---

## Footnotes

1. AMERICAN CONTRACTORS INDEMNITY COMPANY is required by state law to conduct business in the state of Texas as TEXAS BONDING COMPANY. However, business is conducted in all other covered states as AMERICAN CONTRACTORS INDEMNITY COMPANY.

2. Firemen's Insurance Company of Newark, New Jersey changed its state of incorporation from New Jersey to South Carolina, effective January 1, 2006.

3. Great River Insurance Company changed its name to Indemnity National Insurance Company effective December 27, 2005.

4. Hartford Insurance Company of the Southeast changed its state of incorporation from Florida to Connecticut, effective December 7, 2005.

5. International Fidelity Insurance Company's name is very similar to another company that is NOT certified by this Department. Please ensure that the name of the Company and the state of incorporation are exactly as they appear in this Circular. Do not hesitate to contact the Company to verify the authenticity of a bond.

6. Liberty Mutual Fire Insurance Company changed its state of incorporation from Massachusetts to Wisconsin effective December 22, 2005.

7. MIDWESTERN INDEMNITY COMPANY's (THE) name is very similar to another company that is NOT certified by this Department. Please ensure that the name of the Company and the state of incorporation are exactly as they appear in this Circular. Do not hesitate to contact the Company to verify the authenticity of a bond.

8. National Fire Insurance Company of Hartford changed its state of incorporation from Connecticut to Illinois, effective January 1, 2006.

9. National Grange Mutual Insurance Company changed its name to NGM Insurance Company effective October 27, 2005.

Return to the top

**Notes**

**(a)** All Certificates of Authority expire June 30, and are renewable July 1, annually. Companies holding Certificates of Authority as acceptable sureties on Federal bonds are also acceptable as reinsuring companies.

**(b)** The Underwriting Limitations published herein are on a per bond basis. Treasury requirements do not limit the penal sum (face amount) of bonds which surety companies may provide. However, when the penal sum exceeds a company's Underwriting Limitation, the excess must be protected by co-insurance, reinsurance, or other methods in accordance with Treasury Circular 297, Revised September 1, 1978 (31 CFR Section 223.10, Section 223.11). Treasury refers to a bond of this type as an Excess Risk. When Excess Risks on bonds in favor of the United States are protected by reinsurance, such reinsurance is to be effected by use of a Federal reinsurance form to be filed with the bond or within 45 days thereafter. In protecting such excess risks, the underwriting limitation in force on the day in which the bond was provided will govern absolutely. For further assistance, contact the Surety Bond Branch at (202) 874-6850.

**(c)** A surety company must be licensed in the State or other area in which it provides a bond, but need not be licensed in the State or other area in which the principal resides or where the contract is to be performed [28 Op. Atty. Gen. 127, Dec.24, 1909; 31 CFR Section 223.5 (b)]. The term "other area" includes the District of Columbia, American Samoa, Guam, Puerto Rico, and the Virgin Islands.
License information in this Circular is provided to the Treasury Department by the companies themselves. For updated license information, you may contact the company directly or the applicable State Insurance Department. Refer to the list of state insurance departments at the end of this publication. For further assistance, contact the Surety Bond Branch at (202) 874-6850.

**(d)** FEDERAL PROCESS AGENTS: Treasury Approved surety companies are required to appoint Federal process agents in accord with 31 U.S.C. 9306 and 31 CFR 224.

**(e)** Companies holding Certificates of Authority as acceptable reinsuring companies are acceptable only as reinsuring companies on Federal bonds.

**(f)** Some companies may be Approved surplus lines carriers in various states. Such approval may indicate that the company is authorized to write surety in a particular state, even though the

company is not licensed in the state. Questions related to this may be directed to the appropriate State Insurance Department. Refer to the list of state insurance departments at the end of this publication.

Return to the top

## State Insurance Departments

| STATE INSURANCE DEPARTMENTS | TELEPHONE NO. |
| --- | --- |
| Alabama , Montgomery 36104 | (334) 269-3550 |
| Alaska , Anchorage 99501 - 3567 | (907) 269-7900 |
| Arizona , Phoenix 85018 - 7256 | (602) 364-3100 |
| Arkansas , Little Rock 72201 - 1904 | (501) 371-2600 |
| California , Sacremento 95814 | (916) 492-3500 |
| Colorado , Denver 80202 | (303) 894-7499 |
| Connecticut , Hartford 06142 - 0816 | (860) 297-3800 |
| Delaware , Dover 19904 | (302) 739-4251 |
| District of Columbia, Washington 20002 | (202) 727-8000 |
| Florida , Tallahasse 32399 - 0300 | (850) 413-2806 |
| Georgia , Atlanta 30334 | (404) 656-2056 |
| Hawaii , Honolulu 96813 | (808) 586-2790 |
| Idaho , Boise 83720 - 0043 | (208) 334-4250 |
| Illinois , Springfield 62767 - 0001 | (217) 782-4515 |
| Indiana , Indianapolis 46204 - 2787 | (317) 232-2385 |
| Iowa , Des Moines 50319 | (515) 281-5705 |
| Kansas , Topeka 66612 - 1678 | (785) 296-3071 |
| Kentucky , Frankfort 40602 - 0517 | (502) 564-6046 |
| Louisiana , Baton Rouge 70802 | (225) 342-5423 |
| Maine , Augusta 04333 - 0034 | (207) 624-8475 |
| Maryland , Baltimore 21202 - 2272 | (410) 468-2090 |
| Massachusetts , Boston 02110 | (617) 521-7301 |
| Michigan , Lansing 48933 - 1020 | (517) 373-0220 |
| Minnesota , St. Paul 55101 - 2198 | (651) 296-2488 ext. 1 |
| Mississippi , Jackson 39201 | (601) 359-3569 |
| Missouri , Jefferson City 65102 | (573) 751-4126 |
| Montana , Helena 59601 | (406) 444-2040 |
| Nebraska , Lincoln 68508 | (402) 471-2201 |
| Nevada , Carson City 89701 - 5753 | (775) 687-4270 |
| New Hampshire , Concord 03301 | (603) 271-2261 |

| | |
|---|---|
| New Jersey , Trenton 08625 | (609) 292-5360 |
| New Mexico , Sante Fe 87504 - 1269 | (505) 827-4601 |
| New York , New York 10004 - 2319 | (212) 480-2289 |
| North Carolina , Raleigh 27611 | (919) 733-3058 |
| North Dakota , Bismarck 58505 - 0320 | (701) 328-2440 |
| Ohio, Columbus 43215 - 1067 | (614) 644-2658 |
| Oregon , Salem 97301 - 3883 | (503) 947-7980 |
| Pennsylvania , Harrisburg 17120 | (717) 783-0442 |
| Puerto Rico , Santurce 00909 | (787) 722-8686 |
| Rhode Island , Providence 02903 - 4233 | (401) 222-5466 |
| South Carolina , Columbia 29202 - 3105 | (803) 737-6212 |
| South Dakota , Pierre 57501 - 3185 | (605) 773-4104 |
| Tennessee , Nashville 37243 - 0565 | (615) 741-6007 |
| Texas , Austin 78701 | (512) 463-6464 |
| Utah , Salt Lake City 84114 - 1201 | (801) 538-3800 |
| Vermont , Montpelier 05620 - 3101 | (802) 828-3301 |
| Virginia , Richmond 23218 | (804) 371-9741 |
| Virgin Islands , St. Thomas 00802 | (340) 774-7166 |
| Washington , Olympia 98504 - 0255 | (360) 725-7100 |
| West Virginia , Charleston 25305 - 0540 | (304) 558-3354 |
| Wisconsin , Madison 53707 - 7873 | (608) 267-1233 |
| Wyoming , Cheyenne 82002 - 0440 | (307) 777-7401 |