IN THE UNITED STATES DISTRICT COURT'
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07-2038 |
| RICHTER-TAYLOR CONSTRUCTION SPECIALISTS, INC., an Illinois Corporation, BRIAN TAYLOR, an Illinois Citizen, BELINDA RICHMOND TAYLOR, an Illinois Citizen, BRAD TAYLOR, an Illinois Citizen, JEAN A. TAYLOR, an Illinois Citizen, LINDA L. RICHTER, a Missouri Citizen, and RONALD R.RICTHER, a Missouri Citizen, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   James Richard Myers
   Lefevre Oldfield & Myers
   303 S. Seventh
   PO Box 399
   Vandalia, IL 62471

**PLEASE TAKE NOTICE** that I have this date filed with the Clerk of the District Court for the Central District of Illinois, Eastern Division, the following:
**HARTFORD FIRE INSURANCE COMPANY'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ADDITIONAL JURISDICTIONAL STATEMENT**

**DATED** this 13TH day of March, 2007.

  HARTFORD FIRE INSURANCE COMPANY

  By:   s/ T. Scott Leo
      One of Its Attorneys

T. Scott Leo (ARDC # 03127352)
Michele Killebrew (ARDC # 6289931)
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, Illinois 60602
(312) 857-0910
sleo@leoweber.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed **Notice of Filing and Hartford Fire Insurance Company's Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Additional Jurisdictional Statement** using the ECF System and that the ECF System electronically served the following:

James Richard Myers
Lefevre Oldfield & Myers
303 S. Seventh
PO Box 399
Vandalia, IL 62471
myers@lawgroupltd.com

                                                   s/ T. Scott Leo
                                                   T. Scott Leo, ARDC 03127352
Michele Killebrew ARDC 6289931
Attorney for Hartford Fire Insurance Company
Leo & Weber, P.C.
One N. LaSalle St., Ste. 3600
Chicago, IL 60602
312/857-0910
312/857-1240 (fax)
sleo@leoweber.com