E-FILED
Tuesday, 24 April, 2007  09:37:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| THE HARTFORD FIRE INSURANCE CO., ) <br> a Connecticut State corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHTER-TAYLOR CONSTRUCTION ) <br> SPECIALIST, INC., an Illinois corporation, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 07-2038 |

## ORDER

A Report and Recommendation (#9) was filed by the Magistrate Judge in the above cause on April 3, 2007.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Transfer Venue (#6) is GRANTED.

(2) This case is transferred the United States District Court for the Southern District of Illinois.

ENTERED this 24th day of April, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE