2:07-cv-02038-MPM-DGB     # 11     Page 1 of 1

E-FILED
  Tuesday, 24 April, 2007  10:27:38 AM
    Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

OFFICE OF THE CLERK  
218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

May 24, 2007

Norbert Jaworski, Clerk  
750 Missouri Ave  
East St. Louis, MO 62201

    Re: Hartford Fire Ins Co v. Richter-Taylor Const Specialists  
     CDIL No. 07-2038

Dear Mr. Weston:

  Pursuant to an Order of the Court entered September 8, 2004, the above case is being transferred to the Western District of Michigan for all further proceedings. Our office will retain the case for thirty (30) days in case the parties file an appeal. As soon as the thirty (30) days are up, our office will transfer the file to your office.

      Very truly yours,

      s/John M. Waters, Clerk  
      JOHN M. WATERS, CLERK  
      U.S. DISTRICT COURT

JMW/kw

wp{wp}.bk1