E-FILED
Thursday, 03 May, 2007 02:52:27 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

07-2038 CD/IL

~~October 6, 2005~~  4/26/07

**FILED**
MAY -2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerk:

On **DATED**, an order by the Honorable **NAME OF JUDGE**, US District Judge, was entered transferring the above-mentioned case from this District Court to the US District Court, **DIVISION OF COURT**.

Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is:                             This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,
JOHN M. WATERS, CLERK

By
Deputy Clerk

RECEIPTED ACKNOWLEDGED ON: 4/26/07

BY _[signature]_     SD/IL: 07-CV-00316-MJR